**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter ___7___

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Engineer.ai Corp. |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | D/B/A Builder.ai |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-5681672 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 26 S. Rio Grande Street<br>Suite 2072<br>Salt Lake City, Utah 84101 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Salt Lake | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    www.builder.ai

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   Engineer.ai Corp.

_____

Name

Case number *(if known)* _____

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5415

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No

☐ Yes

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes

| Debtor | Engineer.ai Corp. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

List all cases. If more than 1, attach a separate list

| Debtor | | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes   Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☒ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☒ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Engineer.ai Corp. | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06/02/2025
    MM / DD / YYYY

**X** /s/ Manpreet Ratia                                    Manpreet Ratia
Signature of authorized representative of debtor        Printed name

Title    Chief Executive Officer

---

**18. Signature of attorney**

**X** /s/ Joseph M. Mulvihill                          Date  06/02/2025
Signature of attorney for debtor                       MM / DD / YYYY

Joseph M. Mulvihill
Printed name

Young Conaway Stargatt & Taylor, LLP
Firm name

1000 N. King Street
Wilmington, DE 19801
Number, Street, City, State & ZIP Code

Contact phone    302-571-6600        Email address    jmulvihill@ycst.com

6061 DE
Bar number and State

---

## <u>SECRETARY'S CERTIFICATE</u>

The undersigned, being the secretary of Engineer.ai Corp., a Delaware corporation (the "<u>Company</u>"), hereby certifies as follows:

1.    I am the duly qualified and elected secretary of the Company and, as such, am familiar with the facts herein certified, and I am duly authorized to certify the same on behalf of the Company.

2.    Attached hereto is a true and complete copy of the Action By Unanimous Written Consent of the Board of Directors (the "<u>Board</u>") of the Company (the "<u>Written Consent</u>"), duly adopted on May 29, 2025.

3.    Such Written Consent has not been amended, altered, annulled, rescinded, or revoked, and is in full force and effect as of the date hereof.  There exist no other subsequent resolutions of the Board relating to the matters set forth in the Written Consent attached hereto.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the 2nd day of June 2025.

*Adi Vinyarsh*

_____
Name: Adi Vinyarsh

## ACTION BY UNANIMOUS WRITTEN CONSENT
## OF THE
## BOARD OF DIRECTORS
## OF
## ENGINEER.AI CORP.

The undersigned, constituting all of the members of the Board of Directors (the "Board") of Engineer.ai Corp., a Delaware corporation (the "Company"), hereby unanimously consent to and adopt the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware (the "DGCL") and Article IV, Section 5 of the By-laws of the Company, adopted November 20, 2015, as amended by that certain Amendment thereto, adopted February 5, 2025 (as so amended, the "Bylaws"), and direct that this writing be filed with the minutes of proceedings of the Board:

**WHEREAS**, management of the Company is vested in the Board pursuant to Section 141(a) of the DGCL and Article IV, Section 1 of the Bylaws of the Company;

**WHEREAS**, the Board has reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, the assets of the Company, the current and long-term liabilities of the Company, and the recommendations of the Company's legal and restructuring advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of title 11 of the United States Code (the "Bankruptcy Code"); and

**WHEREAS**, the Board has determined that it is advisable and in the best interests of the Company and the Company's stakeholders, creditors, and other interested parties to commence a case (the "Bankruptcy Case") under chapter 7 of the Bankruptcy Code.

**NOW, THEREFORE, BE IT:**

### Commencement and Prosecution of Bankruptcy Case

**RESOLVED**, that, in the judgment of the Board, it is desirable and in the best interests of the Company, the creditors of the Company, and other interested parties that a voluntary petition (the "Petition") be filed by or on behalf of the Company under the provisions of chapter 7 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"); and it is further

**RESOLVED**, that the form, terms and provisions of, the execution, delivery and filing of, and the performance of the transactions and obligations contemplated by the Petition be, and they hereby are, authorized, approved and adopted in all respects and that any officer, director, or other authorized person of the Company (each, an "Authorized Officer" and collectively, the "Authorized Officers") be, and each of them, acting alone or in any combination, hereby is, authorized, directed, and empowered on behalf of and in the name of the Company (i) to execute and verify the Petition and all documents ancillary thereto, and to cause the Petition to be filed with the Bankruptcy Court, such Petition to be filed at such time as an Authorized Officer shall determine and to be in the form approved by such Authorized Officer, with the execution thereof by any such Authorized Officer being conclusive evidence of the approval thereof by such

Authorized Officer, and to take any and all related actions that the Authorized Officers may deem necessary or proper in connection with the filing of the Petition and commencement and prosecution of the Bankruptcy Case, including attending the meeting of creditors pursuant to section 341 of the Bankruptcy Code on behalf of the Company; (ii) to make or cause to be made prior to the execution thereof any modifications to the Petition or such ancillary documents that, in the judgment of the Authorized Officers, may be necessary, appropriate, or desirable, and (iii) to execute, verify, and file or cause to be filed all other petitions, schedules, lists, motions, applications, declarations, affidavits, and other papers or documents that, in the judgment of the Authorized Officers, may be necessary, appropriate, or desirable in connection with the foregoing; and it is further

## Retention of Professionals

**RESOLVED**, that the law firm of Young Conaway Stargatt & Taylor, LLP ("<u>Young Conaway</u>"), be and hereby is, authorized, directed, and empowered to represent the Company as its general bankruptcy counsel on the terms set forth in its engagement letter with the Company, which is hereby ratified and approved, and to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including, without limitation, the preparation of certain documents to be filed simultaneously with the Petition or during the Bankruptcy Case, and in connection therewith, the Authorized Officers be, and each of them, acting alone or in any combination, with power of delegation, hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of Young Conaway; and it is further

## General Resolutions

**RESOLVED**, that the Authorized Officers be, and hereby are, authorized, directed, and empowered, on behalf of and in the name of the Company, to perform the obligations of the Company under the Bankruptcy Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices, and documents to be executed and delivered in such form, as the Authorized Officers performing or executing the same shall approve, and the performance or execution thereof by the Authorized Officers shall be conclusive evidence of the approval thereof by the Authorized Officers and by the Company; and it is further

**RESOLVED**, that the Authorized Officers be, and hereby are, authorized, directed, and empowered, on behalf of and in the name of the Company, to take such actions and execute and deliver such documents as may be required or as the Authorized Officers may determine to be necessary, appropriate, or desirable to carry out the intent and purpose of the foregoing resolutions or to obtain the relief sought thereby, including, without limitation, the execution and delivery of any consents, resolutions, petitions, motions, applications, schedules, lists, declarations, affidavits, and other papers or documents, with all such actions to be taken in such manner, and all such petitions, schedules, lists, declarations, affidavits, and other papers or documents to be executed and delivered in such form as the Authorized Officers shall approve, the taking or execution thereof by the Authorized Officers being conclusive evidence of the approval thereof by the Authorized Officers and the Company; and it is further

**RESOLVED**, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts and transactions would have been authorized and approved by the foregoing resolutions except that such acts and transactions were taken prior to the adoption of such resolutions, be, and they hereby are, in all respects confirmed, approved, and ratified; and it is further

**RESOLVED**, that facsimile, photostatic, or other electronic copies of signatures to this consent shall be deemed to be originals and may be relied on to the same extent as the originals.

*[Signature Page Follows]*

**IN WITNESS WHEREOF**, the undersigned, constituting all of the members of the Board, have executed this unanimous written consent effective as of the date last set forth below.

### DIRECTORS:

Date Signed: 02 June 2025

Name: Sachin Dev Duggal

Date Signed: 30 May 2025

Name: Stephen Nundy

Date Signed: 30 May 2025

Name: Amit Anand

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| ENGINEER.AI CORP.,[1] | Case No. 25-_____ (____) |
| Debtor. | |

**CORPORATE OWNERSHIP STATEMENT**
**AND LIST OF EQUITY INTEREST HOLDERS**
**PURSUANT TO FED R. BANKR. P. 1007(a)(1) AND 7007.1**

Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, the above-captioned debtor (the "Debtor") hereby states that the following is a list of corporations, other than governmental units, that directly or indirectly own outstanding equity interests in the Debtor:

A list of equity holders of the Debtor outstanding as of May 29, 2025, is attached hereto as **Exhibit A**.

---

[1]    The Debtor in this chapter 7 case, along with the last four digits of its federal tax identification number, is Engineer.ai Corp. (1672). The Debtor's current mailing address is 26 S. Rio Grande Street, Suite 2072, Salt Lake City, Utah 84101.

**<u>EXHIBIT A</u>**

33217493.1

| Name | Common | Founders Shares | Series A-1 Preferred | Series A-2 Preferred | Series B-1 Preferred | Series B-2 Preferred | Series C Preferred | Series D Preferred | Series D-1 Preferred | Series D-2 Preferred | Series D-3 Preferred | Outstanding Shares | Outstanding Ownership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aashna Anchan | 997 | | | | | | | | | | | 997 | 0.003% |
| Albatross Co-Invest, L.P. | | | | | | | | | 108,895 | 256,577 | | 365,472 | 1.003% |
| Alexander Svoboda | 3,198 | | | 21,459 | | 5,612 | | | | | | 30,269 | 0.083% |
| Alok Kumar | 64,098 | | | 29,129 | | | | | | | | 93,227 | 0.256% |
| Alpha Sun Shabazz | 12 | | | | | | | | | | | 12 | 0.000% |
| Amaranthine Fund I, LP | | | | 107,297 | | | 12,162 | | | | | 119,459 | 0.328% |
| Amit Singh | | | | 142,515 | | | | | | | | 142,515 | 0.391% |
| Anand Swaminathan | | | | 5,366 | | | | | | | | 5,366 | 0.015% |
| Andrea Lazzari | | | | | | | | | | 3,429 | | 3,429 | 0.009% |
| Andres Elizondo | 54,647 | | | | | | | | | | | 54,647 | 0.150% |
| Arya Presanna Mohan | 82 | | | | | | | | | | | 82 | 0.000% |
| Asanka Pathiraja | 35,895 | | | | | | | | | | | 35,895 | 0.098% |
| Aurelius Pinheiro | 2,524 | | | | | | | | | | | 2,524 | 0.007% |
| Aurora Trust | | | | | | 56,119 | | | | | | 56,119 | 0.154% |
| Bikash Mathur | 16,622 | | | | | | | | | | | 16,622 | 0.046% |
| BLD Fund I | | | | | 66,854 | | | | | | | 66,854 | 0.183% |
| Blue Lion Global Circle I LP | 582,968 | | | 18,288 | | 27,000 | 243,251 | | | | | 871,507 | 2.391% |
| Blue Lion Global Circle IV LP | | | | | | | | | | | 12,272 | 12,272 | 0.034% |
| Blue Lion Global Circle VI LP | 110,800 | | | 8,500 | | 11,207 | | | | | | 130,507 | 0.358% |
| Blue Lion Global Circle VII LP | 119,416 | | | | | 793 | | | | | | 120,209 | 0.330% |
| BU1 Fund II, a series of Roll Up Vehicles, LP | | | | | | | 29,190 | | | | | 29,190 | 0.080% |
| Chhaganbhai Patel | 50,000 | | | | | | | | | | | 50,000 | 0.137% |
| Clear Skies Builder.ai Fund I, a Series of CGF2021 | | | | 3,572 | | 2,340 | | | | | | 5,912 | 0.016% |
| Cliff Holding | | | | | | 2,801 | | | | | | 2,801 | 0.008% |
| Daniel Marin Cabillas | 4,136 | | | | | | | | | | | 4,136 | 0.011% |
| David Burton | 2,108 | | | | | | | | | | | 2,108 | 0.006% |
| DEEPCORE TOKYO I Investment Limited Partnersh | | | | 376,299 | | | | | | | | 376,299 | 1.032% |
| Ed Quayle | | | | 18,449 | | 3,263 | | | | | | 21,712 | 0.060% |
| Eunoia Capital Partners LLC | | | | 5,364 | | | | | | | | 5,364 | 0.015% |
| Fergus Hay | 1,035 | | | | | | | | | | | 1,035 | 0.003% |
| Growth Box Ventures Limited | | | | | | 13,450 | | | | | | 13,450 | 0.037% |
| Guy Shanon | 8,384 | | | 3,778 | | | | | | | | 12,162 | 0.033% |
| Harry Hurst I, a series of Harry Hurst, LP | | | | | | 27,964 | | | | | | 27,964 | 0.077% |
| Harvest Growth Capital IV LLC | | | | | | 14,982 | 6,557 | | | | | 21,539 | 0.059% |
| Harvest Growth Capital IV QP LLC | | | | | | 65,278 | 28,568 | | | | | 93,846 | 0.257% |
| HF Scale Opportunity Fund I LP | 36,781 | | | | | | | | | | | 36,781 | 0.101% |
| Highclere Capital PTE Ltd | | | | | | | | | | 34,475 | | 34,475 | 0.095% |
| Hussein Kanji | 2,762 | | | | | | | | | | | 2,762 | 0.008% |
| Infinitas Capital SPV II a series of Infinitas Capital M | | | | 10,169 | | | | | | | | 10,169 | 0.028% |
| Insight Partners (Cayman) XII, L.P. | | | | | | | 1,366,612 | | 222,467 | 525,720 | | 2,114,799 | 5.801% |
| Insight Partners (Delaware) XII, L.P. | | | | | | | 78,469 | | 12,774 | 30,186 | | 121,429 | 0.333% |
| Insight Partners (EU) XII, S.C.Sp | | | | | | | 224,442 | | 36,536 | 86,339 | | 347,317 | 0.953% |
| Insight Partners XII (Co-Investors) (B), L.P. | | | | | | | 43,454 | | 7,074 | 16,716 | | 67,244 | 0.184% |
| Insight Partners XII (Co-Investors), L.P. | | | | | | | 3,041 | | 495 | 1,169 | | 4,705 | 0.013% |
| Insight Partners XII, L.P. | | | | | | | 959,742 | | 156,234 | 369,202 | | 1,485,178 | 4.074% |
| Ion Pacific Angels LLC | | | | 50,000 | | | | | | | | 50,000 | 0.137% |
| Ion Pacific Buzz LLC | 67,690 | | | 506 | | | | | | | | 68,196 | 0.187% |
| ISLA Asia Limited | | | | | | | | | | 34,403 | | 34,403 | 0.094% |
| Itti Thongtang | | | | | | | | | | 205,974 | | 205,974 | 0.565% |
| Jacob Dinsdale | 339 | | | | | | | | | | | 339 | 0.001% |
| Jake Stokes | 1,157 | | | | | | | | | | | 1,157 | 0.003% |
| James Roberts | 118,546 | | | | | 44,036 | | | | | | 162,582 | 0.446% |
| Janejira Jiaravanon | | | | | | | | | | 34,339 | | 34,339 | 0.094% |
| Jeff Sagansky | | | | 16,594 | | | | | | | | 16,594 | 0.046% |
| Joseph Rifkin | 199 | | | | | | | | | | | 199 | 0.001% |
| Jungle Leaders I Pte. Ltd | 64,148 | | | | | 224,317 | | | | | | 288,465 | 0.791% |
| Jungle Leaders II Holding Fund (Registration Numb | 37,138 | | | | | | | | 130,674 | | 189,740 | 357,552 | 0.981% |
| Jungle Ventures III Investment Holding Pte. Ltd. | | | | 1,911,071 | | 567,177 | | | | | | 2,478,248 | 6.798% |
| Jungle Ventures IV Investment Holding Fund (Sub-F | 481,941 | | | | | | | | 87,116 | | 75,896 | 644,953 | 1.769% |
| Jungle Ventures JV-HPC SPV Singapore pte. Ltd | | | | | | 273,222 | | | | | | 273,222 | 0.750% |
| JV 43 Holding Fund (Registration Number: T21VC0 | | | | | | | | | | | 452,130 | 452,130 | 1.240% |
| JV-HPC SPV 2 Singapore Pte. Ltd | | | | | | 182,148 | | | | | | 182,148 | 0.500% |
| JV-IFC Co-Invest Fund I, L.P. | | | | | | 560,456 | | | | 171,468 | | 731,924 | 2.008% |
| Kantor Investment Company, LLC | 1,487 | | | | | 5,603 | | | | | | 7,090 | 0.019% |
| Kingstown 1740 Fund L.P. | 26,352 | | | 33,849 | | 12,773 | | | | | | 72,974 | 0.200% |
| Kirill Gourov | 16,810 | | | | | | | | | | | 16,810 | 0.046% |
| Krister Axel | 2,156 | | | | | | | | | | | 2,156 | 0.006% |
| KSV Machina, LLC | 872,513 | | | | 1,198,565 | | | | | | | 2,071,078 | 5.682% |
| Lakestar III LP | | | 3,716,038 | | | 1,081,505 | | | | | | 4,797,543 | 13.161% |
| Leanne Levy Belz Trust | | | | | | 2,801 | | | | | | 2,801 | 0.008% |
| Levy 2011 Family Trust | 2,663 | | | | | 5,603 | | | | | | 8,266 | 0.023% |
| Liam Collins | 1,787 | | | | | | | | | | | 1,787 | 0.005% |
| Louis Lavoie | | | | | | 16,810 | | | | | | 16,810 | 0.046% |
| LTC Pledge SPC Ltd in respect of  LTC Pledge Fun | 139,560 | | | | | | | | | | | 139,560 | 0.383% |
| LTCLUB INVESTMENTS LIMITED | 10,813 | | | | | | | | | | | 10,813 | 0.030% |
| Manu Gupta | 28,083 | | | | | | | | | | | 28,083 | 0.077% |
| Marcelo Gigliani | | | | 21,459 | | | | | | | | 21,459 | 0.059% |
| Marco Quaglio | 2,173 | | | | | | | | | | | 2,173 | 0.006% |
| Mattheus Cornelis Maria Groot | | | | | | | | | | 34,345 | | 34,345 | 0.094% |
| Mawja Group DMCC | | | | | | | | | | 34,299 | | 34,299 | 0.094% |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Michael Blitzer | 8,385 | | 3,778 | | | 24,325 | | | | | | 36,488 | 0.100% |
| Microsoft Corporation | | | | | | | 973,004 | | | | | 973,004 | 2.669% |
| Mons Investments, LLC | 18,236 | | | | 56,034 | | | | | | | 74,270 | 0.204% |
| MVP LS Fund CDXXXVI LLC | 3,007 | | | | | | | | | | | 3,007 | 0.008% |
| N6 LLC | 4,735 | | | | | | | | | | | 4,735 | 0.013% |
| Namrata Patel | 50,000 | | | | | | | | | | | 50,000 | 0.137% |
| Narry Singh | | | 7,277 | | | | | | | | | 7,277 | 0.020% |
| Nugeen Aftab | 2,979 | | | | | | | | | | | 2,979 | 0.008% |
| Oqal Limited | | | | | 28,439 | | | | | | | 28,439 | 0.078% |
| Otto Szoke | 7,500 | | | | | | | | | | | 7,500 | 0.021% |
| Paul Scheuschner | | | | | 14,009 | | | | | | | 14,009 | 0.038% |
| Priya Patel | 7,639 | | | | | | | | | | | 7,639 | 0.021% |
| QIA TMT Holding LLC | | | | | | | 1,676,987 | 1,524,536 | 1,355,142 | | | 4,556,665 | 12.500% |
| R&R Venture Partners | | | 21,459 | | | | | | | | | 21,459 | 0.059% |
| Rakhi Gupta | 80,616 | | | | | | | | | | | 80,616 | 0.221% |
| Renaud Visage Revocable Trust | | | 16,506 | | | | | | | | | 16,506 | 0.045% |
| Revo Capital Fund II B.V. | 6,300 | | 21,174 | | 175,105 | | | | | | | 202,579 | 0.556% |
| Robert Oledzki | 359 | | | | 1,120 | | | | | | | 1,479 | 0.004% |
| Sanjay Chaudhry | | | 140,399 | | | | | | | | | 140,399 | 0.385% |
| Sarah Tech Limited | | | | | 28,439 | | | | | | | 28,439 | 0.078% |
| Saurabh Dhoot | 21,021 | | | | | | | | | | | 21,021 | 0.058% |
| Scott Wagner | | | | | 8,408 | | | | | | | 8,408 | 0.023% |
| SD Squared Ventures II Limited | 2,611,461 | | | | 11,424 | | | | | | | 2,622,885 | 7.195% |
| SD Squared Ventures III Limited | 1,504,418 | | | | | | | | | | | 1,504,418 | 4.127% |
| SD Squared Ventures Limited | 1,502,536 | | | | | | | | | | | 1,502,536 | 4.122% |
| Simran Bedi | 15,909 | | | | | | | | | | | 15,909 | 0.044% |
| Social Starts - A Pioneer L.P | | | | | 8,830 | | | | | | | 8,830 | 0.024% |
| Social Starts Health & Happiness SPV-Builder.ai LL | | | | | 67,819 | | | | | | | 67,819 | 0.186% |
| Social Starts – A, L.P | | | | | 19,202 | | | | | | | 19,202 | 0.053% |
| Sourabh Chattopadhyay | 3,000 | | | | | | | | | | | 3,000 | 0.008% |
| Splash Capital Fund I, LP | 30,488 | | | | | | | | | | | 30,488 | 0.084% |
| Strategic Group LLC | | | 7,277 | | | | | | | | | 7,277 | 0.020% |
| Symphony Ventures Limited (RAK ICC) | | | | | | | 48,650 | | | | | 48,650 | 0.133% |
| Tapestry VC Opportunity Fund, LP | | | | | | | | | | | 75,814 | 75,814 | 0.208% |
| Taskper Limited | 2,059,064 | | | | | | | | | | | 2,059,064 | 5.649% |
| Tim Gray | 462 | | | | | | | | | | | 462 | 0.001% |
| TNJ Limited | 200,497 | | | | | | | | | | | 200,497 | 0.550% |
| TVC XVI, The Venture Collective Holdings LLC | | | | 148,862 | | | | | | | | 148,862 | 0.408% |
| TVC XXXII, a Series of The Venture Collective Hold | | | 15,766 | | 16,263 | 16,621 | | | | | | 48,650 | 0.133% |
| TVC XXXVI, a Series of The Venture Collective Hol | | | | | | | | | | | 87,441 | 87,441 | 0.240% |
| Umang Bedi | | | 2,843 | | | | | | | | | 2,843 | 0.008% |
| VMware, Inc. | | | 677,207 | | 224,103 | 125,828 | 91,472 | | | | | 1,118,610 | 3.069% |
| VSCA Family LP | 187,653 | | | | | | | | | | | 187,653 | 0.515% |
| Wealth Intelligence Limited | | | | | | | | | | | 57,533 | 57,533 | 0.158% |
| Wndrco Holdings LLC WndrCo | | | | | | 28,064 | | | | | | 28,064 | 0.077% |
| WndrCo Holdings. LLC | | | | | | | 48,650 | | | | | 48,650 | 0.133% |
| **Total Shares outstanding** | **11,298,285** | **0** | **3,716,038** | **3,697,350** | **1,414,281** | **3,894,519** | **4,232,566** | **1,768,459** | **2,286,801** | **3,251,316** | **893,293** | **36,452,908** | **100.000%** |
| **Percentage outstanding** | **30.994%** | **0.000%** | **10.194%** | **10.143%** | **3.880%** | **10.684%** | **11.611%** | **4.851%** | **6.273%** | **8.919%** | **2.451%** | **100.000%** | |

**Fill in this information to identify the case:**

Debtor name    Engineer.ai Corp.

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration    Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06/02/2025      **X** /s/ Manpreet Ratia
                                          Signature of individual signing on behalf of debtor

                                        Manpreet Ratia
                                        Printed name

                                         Chief Executive Officer
                                         Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ENGINEER.AI, CORP.,[1] | Case No. 25-_____ (___) |
| Debtor. | |

### DISCLOSURE OF COMPENSATION OF ATTORNEYS FOR DEBTOR

1.      Pursuant to section 329(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**"), and rule 2016(b) of the Federal Rules of Bankruptcy Procedure, I certify that Young Conaway Stargatt & Taylor, LLP ("**YCST**") is counsel for the above-captioned debtor (the "**Debtor**"), and that compensation paid to YCST within one year before the filing of the above-captioned chapter 7 case (the "**Bankruptcy Case**") (or agreed to be paid to YCST) for services rendered (or to be rendered) on behalf of the Debtor in contemplation of, or in connection with, the Bankruptcy Case is as follows (the "**Compensation**"):

For legal services, YCST has agreed to accept . . . . . . . . . . . . . . . . . . . . . . . .  $65,000.00

Prior to the filing of this statement YCST has received . . . . . . . . . . . . . . . . .  $65,000.00

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $0.00

2.      The source of the Compensation was Debtor Engineer.ai Corp.

3.      YCST has not shared or agreed to share the Compensation with any other person or entity, other than as permitted by section 504 of the Bankruptcy Code.

4.      In return for the Compensation, YCST has agreed to pay the filing fees required to commence the Bankruptcy Case, and has further agreed to render legal services on behalf of the Debtor relating to the Bankruptcy Case, including:

        a.      preparing and filing a voluntary petition for relief under chapter 7 of the Bankruptcy Code, and certain other documents that may be required in connection with such filing;

        b.      coordinating with the Clerk of the United States Bankruptcy Court for the District of Delaware and with the chapter 7 trustee appointed in the Bankruptcy Case;

---

[1]    The Debtor in this chapter 7 case, along with the last four digits of its federal tax identification number, is Engineer.ai Corp. (1672). The Debtor's current mailing address is 26 S. Rio Grande Street, Suite 2072, Salt Lake City, Utah 84101.

c.      communicating with parties in interest in the Bankruptcy Case; and

d.      representing the Debtor at the meeting of creditors (and any adjournment thereof).

5.     By agreement with the Debtor, the Compensation does not include the representation of the Debtor in any employment matters, adversary proceedings, other contested bankruptcy matters, or any future non-bankruptcy representation.

## <u>CERTIFICATION</u>

I hereby certify that the foregoing is a complete statement of any agreement or arrangement for payment to YCST for representation of the Debtor in connection with the Bankruptcy Case.

Dated: Wilmington, Delaware        YOUNG CONAWAY STARGATT & TAYLOR, LLP
       June 2, 2025

                           */s/ Joseph M. Mulvihill*
                           Joseph M. Mulvihill (No. 6061)
                           1000 North King Street
                           Wilmington, Delaware 19801
                           Telephone: (302) 571-6600
                           Email: Jmulvihill@ycst.com

                           *Counsel for the Debtor*