**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| ENGINEER.AI CORP.,[1] | Case No. 25-_____ (___) |
| Debtor. | |

## DECLARATION CONCERNING LIST OF CREDITORS AND CREDITOR MATRIX

I, Manpreet Ratia, being the chief executive officer of the above-captioned debtor (the "Debtor"), declare under penalty of perjury that I have reviewed the List of Creditors submitted herewith, pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, containing the complete list of creditors of the Debtor, and hereby verify that the information contained therein is complete, true and correct to the best of my knowledge.

The information contained in the List of Creditors is based on a review of the Debtor's books and records; the Debtor has not completed a comprehensive legal and/or factual investigation with regard to possible defenses to any claims of the potential claimants included in the List of Creditors. In addition, certain of the entities included in the List of Creditors may not hold outstanding claims as of the date hereof, and thus may not be creditors of the Debtor for purposes of this chapter 7 case, but are included herein for notice purposes out of an abundance of caution. Therefore, the List of Creditors does not and should not be deemed to constitute: (1) an acknowledgement that any person or entity listed currently holds a claim against the Debtor; (2)

---

[1]  The Debtor in this chapter 7 case, along with the last four digits of its federal tax identification number, is Engineer.ai Corp. (1672). The Debtor's current mailing address is 26 S. Rio Grande Street, Suite 2072, Salt Lake City, Utah 84101.

33233822.1

an acknowledgement of the allowability, in whole or in part, of any claim asserted by any person or entity listed; or (3) a waiver of any right or legal position of the Debtor.

Date:  June 2, 2025

Engineer.ai Corp.

*/s/ Manpreet Ratia*
Manpreet Ratia
Chief Executive Officer

33233822.1

Aaron Whitney
401 Little Texas Lane
2134
Austin, TX 78745


Adi Vinyarsh
250 West 99th Street
Apt 3A
New York, NY 10025


ADP LLC
Attn: Kevin Kukurba
PO Box 842875
Boston, MA 02284


African Technology Innovation Hubs
No. 18 Khartoum St. Wise Zone 5
Abuja Federal Capital Territory 900285 A


Agustina Lanuza
23 Macaria Avenue Pacita Complex 1
San Pedro Laguna 4023 Philipines


Aliyah Harith
c\o 15 Genoa St.
West Babylon, NY 11704


Alondra Cantu
3023 E Mile 19 N Rd
Edinburg, TX 78542


Alpha Shabazz
40031 Texas 105
Batson, TX 77519


Altus Receivables Management, Inc
Joel Velasques
2121 Airline Drive, Suite 520
Metairie, LA 70001

AM International
133 Vikassheel Sector 13 Rohini
New Delhi, India 07-DL 110085


Amazon Web Services Inc.
Attn: Mohd Fareed
PO Box 84023
Seattle, WA 84023


Andrew Maltsev
9769 Kalina Way
207
Sandy, UT 84092


Andy Pham
4510 Clover Dr
Eau Claire, WI 54701


Andy Rapp
432 Suydam St.
Brooklyn, NY 11237


Angela Chang
609 Saint Paul Ave.
Apt. 853
Los Angeles, CA 90017


Appario Retail Pvt. Ltd.
527 of Madivala Village
Bengaluru 29-KA 562107 India


Apple Store (Aus)
Emanuele Galli 17/14 Darling Street
Bronte NSW 2024 Australia


Ariel Potischman
12 Spooner Ave.

Natick, MA 01760


Arpine Arakelyan
2573 Ohlone Dr.
San Jose, CA 95132


Ashley Smith
2010 West 47th Avenue
Denver, CO 80211


Audrey Thunhorst
1838 S Gallant View Rd.
Saratoga Springs, UT 84045


Augustinus Wong
856 Marco Pl.
Venice, CA 90291


Bachmann Attorneys-at-Law Ltd.
Leonie Kuhn Bachmann Rechtsanwite AG
Schulhausstrasse 14 Postfach, 8027 Zavri


Bark.com Global Limited
Eleanor Willey 3 Sheldon Square
9th Fl. London, United Kingdom W2 6PX


Baylor Bower
7493 Michael Road
Sanger, TX 76266


Belgium Webnet LLC
20 W. 47th St., #601
New York, NY 10036


Blue Shield of California
601 12th Street
Oakland, CA 94607

Boris Park
808 Harristown Rd.
Glen Rock, NJ 07452


Brainvire Infotech Inc
Attn: Miloni Shah
1373 Elkwood Dr.
Milpitas, CA 95035


Brandon Cromer
436 Sunset Avenue South
Salt Lake City, UT 84115


Braxton Reid
1486 W Bristol Ridge Rd.
West Jordan, UT 84088


Bridger Jensen
2851 East Lake Vista Drive
Eagle Mountain, UT 84005


Bryan Summers
728 Gunderson Ave.
Oak Park, IL 60304


Business Innovation
3394 Musa Ibn Nusair
As Sulimaniyah 7261 Riyadh Saudi Arabia


Business Show Media Inc
11 Trevino Road
Flanders, NJ 07836


Cade Lowry
7663 S 1650 E
Ogden, UT 84405


Cameron Butler
6007 South 200 East
Salt Lake City, UT 84107

Catcher Thompson
166 East 500 North
Farmington, UT 84025


Chinenye Igbokwe
361 Neponset Avenue
Dorchester, MA 02122


Chordify LLC
Ken Morris
1047 Helen Avenue
Santa Clara, CA 95051


Chordify Management Consultants, LLC
Santa Clara, CA 95051


Christian Albert
1378 North Freedom Blvd.
Apt. 412
Provo, UT 84604


Christopher Bills
402 Lakeview Dr.
Lehi, UT 84043


Christopher McDonough
399 Congress St.
Apt. 1916
Boston, MA 02210


Cinnova International
7351 Ridgestone Dr.
Cincinnati, OH 45243


Clifton Larson Allen LLP
Suite 700
2999 Oak Road
Walnut Creek, CA 94597

Coby Borceguin
14959 S Lost Miner Ln.
Herriman, UT 84096


COGENCY GLOBAL INC
600 S. 2nd Street, Suite 103
Springfield, IL 62704


Cohen Williams LLP
724 S. Spring St., 9th Fl.
Los Angeles, CA 90014


Coursera, Inc.
381 E. Evelyn Avenue
Mountain View, CA 94041


Cprime Inc.
107 S. B Street
Suite 200
San Mateo, CA 94401


Crearp LLC
9741 Fontainebleau Blvd.
Miami, FL 33172


Cullen Wichmann
4810 West Kingsbury St.
Springfield, MO 65802


Damien Earl
981 W. 1410 S.
Orem, UT 84058


David Bubash
820 E. 43rd st.
Apt 1
Kansas City, MO 64110


David Horrigan
60 Sutton Road
Needham, MA 02492

David Keefer
70 Southwest Century Dr.
Suite 100-287
Bend, OR 97702


Dentons Rodyk & Davidson LLP
80 Raffles Place
33-00 UOB Plaza 1 Singapore, 048624


Dentons US LLP
Daniel Goldberg
233 S. Wacker Drive Suite 5900
Chicago, IL 60606


Derek Gardner
116 East Resaca Dr.
Unit F9
Sandy, UT 84070


Descartes Visual Compliance (USA) LLC
1 Peace Bridge Plaza
Buffalo, NY 14213


Dewitt LLP
Connor Wojcieszak
2E Miffin Street
Madison, WI 53703


Diego Vigo
3397 Hamm Lane
Herriman, UT 84096


Digital Ocean
10th Floor
101 Avenue of the Americas
New York, NY 10013


Dionna Arimes
2186 Bush Street

San Francisco, CA 94115


DLA Piper UK LLP
Two Chamberlain Square
Birmingham B3 3AX United Kingdom


DOCSTOCKERSTORE LLC
2679 W. Main Street
Littleton, CO 80120


DocuSign, Inc.
221 Main Street, Suite 1000
San Francisco, CA 94105


Donald Carroll
3306 Fleet Street
Baltimore, MD 21224


Dream Venture Studio
1657 N. Miami Ave.
Miami, FL 33136


Elementl, Inc dba Dagster Labs
548 Market St.
San Francisco, CA 94104


Eleven Law Firm
73 Gia Canh, TT
Dinh Quan Dong Nai, Vietnam


Elysian Fields Consulting Ltd
Lauren Ayres Flat 4 71 Elm Park Gardens
London, United Kingdom SW10 9NZ


Emerson Joy, Inc
544 East 86th Street
Apt. 8W
New York, NY 10028

Emily Music
2070 Maryland Blvd.
Muskegon, MI 49441


Employers Counsel
Heather Basch
PO Box 539
Denver, CO 80201


Erik Thomsen
3584 W Beckham Dr.
Herriman, UT 84096


Ernst & Young LLP
1 More London Place
London SE1 2AF United Kingdom


Fashion Trust US
1415 Louisiana
Suite 100
Houston, TX 77002


FDM Group Inc
Ian McDonagh
14 Wall Street 31st and 29th Floor
New York, NY 10005


Fenchurch Global Limited
Edward Gooda Fenchurch Global Limited
38 Hexham Close Worth W. Sussex RH 107TZ


Figma, Inc.
760 Market Street
San Francisco, CA 94102


Fisher and Phillips LLP
1075 Peachtree St, NE
Atlanta, GA 30309

FREEDOM SOLUTIONS GROUP LLC DBA ?LITERA?
550 West Jackson Blvd.
Suite 200
Chicago, IL 60661


Frontapp, Inc.
Jon Munkholm
1455 Market Street
San Francisco, CA 94103


Gary Balkus
631 4th Street
Wyandotte, MI 48192


Geo Blue
933 First Ave.
King of Prussia, PA 19406


GoCardless Ltd
14 Mabilis St. Brgy. Pinyahan
Quezon Metro Manila 1100 Philipines


Godelman Consulting
3830 Paseo Primrio  Calabasas
Calabasas, CA 91302


Goodwin Procter LLP
Natasha Daniels
New York Time Building 620 Eighth Avenue
New York, NY 10018


Google Cloud EMEA Limited
Velasco Clanwilliam Place
Dublin, Ireland


Google LLC
1600 Amphitheatre Pkwy
Mountain View, CA 94043

Greenhouse Software, Inc.
18 W. 18th St.
11th Floor
New York, NY 10011


Guardian Life Insurance Co.
PO Box 677458
Dallas, TX 75267


Hannah Baldwin
533 Peebles street
Pittsburgh, PA 15221


Happiest Minds Technologies Limited
101 Metro Dr.
Suite 360
San Jose, CA 95110


Harris Technology Pty Ltd
124 Abbott Road Hallam VIC
Australia


Hi Bob Inc.
Attn: Elinor Nuchi
205 Hudson St.
New York, NY 10013


HUB International Insurance Services Inc
Attn: Stay Therrien
Suite 100 9855 Scranton Road
San Diego, CA 92121


IDG International Marketing Services
Staines One Station Approach
Staines TW18 4LY United Kingdom


ISSAQUAH Highlands Tech
14690 NE 95th St., Suite 104

Redmond, WA 98052


ITREX GROUP USA CORPORATION
120 Vantis Dr
Suite 545
Aliso Viejo, CA 92656


Jacob Dinsdale
1060 South Kays Drive
Kaysville, UT 84037


James Jackson
1573 Stoney Creek Dr.
Charlottesville, VA 22902


Jason Webdale
12101 North Lamar Blvd.
Austin, TX 78753


Jayson Rosales
750 South Depot Street
Unit 12
Clearfield, UT 84015


Jennifer Kang
8825 W 1st Ave.
Denver, CO 80226


John Chen
1435 North Washtenaw Ave.
Apt 1
Chicago, IL 60622


John Davenport
7 Ferndale Road
Natick, MA 01760


John Paul Alcoroque
2 Camella Lessandra Bucandala IV
Imus Vavite 4103 Philippines

Jonathan Yuvienco
1777 N. Blaze Lane
119
Saratoga Springs, UT 84045


Jordan Hoffnagle
8810 E Golden Hills Ln
Mead, WA 99021


Jordan Hunter
7100 Old Katy Road 4110
Houston, TX 77024


Jordan Santacruz
510 S Spring Street
Apt. 910
Los Angeles, CA 90013


Joseph Rifkin
1270 E 37th St.
Long Beach, CA 90807


Joshua Cox
2150 SouthWest Temple
Salt Lake City, UT 84115


Joshua Erickson
941175 East
Farmington, UT 84025


Jungle Ventures Pte. Ltd.
One George Street
Singapore 049145


Justin Hart
11941 Timberhill Dr.
Riverview, FL 33569

Kayla McNutt
2 Neponset Avenue
Dorchester, MA 02122


Keith Axline
4729 Northeast 25th Avenue
Portland, OR 97211


Kerry Hudson
4440 Marigold Lane
Littleton, CO 80123


Kibler Fowler & Cave LLP
Suite 360
11100 Santa Monica Blvd.
Los Angeles, CA 90025


Kiln.co
Attn: Regan McLain
2702 Rio Grande Street
Salt Lake City, UT 84101


Kishan Parekh
2731 Washington Street
Roxbury, MA 02119


Krisp Technologies, Inc.
2150 Shattuck Avenue
1300 Penthouse
Berkeley, CA 94704


Krister Axel
3627 County Route 6
Hammond, NY 13646


Kristine E Mascardo
Block 7 Lot 3 Agan East II
Koronadal City South Cotabato 9506 Phili


Lauren Ogbogu

245 Perkins St.
Oakland, CA 94610


Lincoln National Life Insurance Co
8801 Indian Hills Dr.
Omaha, NE 68114


LINKEDIN
Bill Minor
1000 W. Maude Ave.
Sunnyvale, CA 94085


LinkSquares Inc.
60 State Street, Suite 1200
Boston, MA 02109


Loliware
Chelsea Briganti
36 Mason Circle
Beacon, NY 12508


Lusha Systems Inc
800 Boylston Street
Suite 1410
Boston, MA 02199


MadKudi, Inc.
333 W. Maude Ave.
Suite 207
Sunnyvale, CA 94085


Mango Technologies, Inc. DBA ClickUp
Valeria Leon 350 Tenth Ave.
Suite 500
San Diego, CA 92101


Marcos Barela
5021 Elaine Dr.
West Valley City, UT 84120


Matthew VanSon

1100 South Miami Ave.
Miami, FL 33130


Memory Blue, Inc.
7925 Jones Branch Dr.
Suite 4100
Mc Lean, VA 22102


Meredith J. Sesser, Professional Law Cor
16000 Ventura Blvd.
Suite 915
Encino, CA 91436


Michael Collins
8444 N Dana Ave.
Portland, OR 97203


Michael Van Orden
2610 S 500 E
Salt Lake City, UT 84106


Microsoft Corporation
One Microsoft Way
Redmond, WA 98052


Miles Kelly
1348 Hearst Dr.
Pleasanton, CA 94566


MindTickle Inc.
535 Mission St.
14th Floor, Suite 1748
San Francisco, CA 94105


Mix Panel
One Front Street
San Francisco, CA 94111


Modern Display Service, Inc.
Attn: Ben Steggell
3370 West 500 South

Salt Lake City, UT 84104


Monica Nelson
3304 Gopher Ridge Drive
Folsom, CA 95630


Morris, Nichols, Arsht & Tunnell LLP
1201 North Market St.
16th Floor
Wilmington, DE 19801


Nate Haduch
28 Union St.
Cambridge, MA 02141


Nathan Embrey
1653 Park HIlls Drive
Farmington, UT 84025


Neha Nagpal
C-7, Nizamuddin East
New Delhi, India 07-DL 110013


Nicole Burke
8998 Cornwall Way
Eagle Mountain, UT 84005


Nishtha Sharma
3 Ronson Road
4216
Iselin, NJ 08830


Noel Armstrong
602 Chester Pines Court
Ocoee, FL 34761


NOVENTIQ SERVICES INDIA PRIVATE LIMITED
Amit Kumar SDF No. C-08 F
Noida Dadri Road Phase II Gautam Buddha

Nugeen Aftab
5826 Cedarview Court
Middletown, OH 45044


Onix Inc.
1910 Thomes Ave.
Cheyenne, WY 82001


OpenComp Inc.
Suite 200
2590 Welton St.
Denver, CO 80205


Outreach
333 Elliott Ave W
Seattle, WA 98119


Patrick Donnelly
4004 Fairway Drive
Gibsonia, PA 15044


Pentalog Americas LLC
244 5th Avenue, Suite 2742
10001


Peyton Parker
74 Trechelle Private
Ottawa K2S 0H2  ON Canada


Peyton Young
563 Marine Street
Apt. A
La Jolla, CA 92037


Phoenix Passey
13637 Langdon Drive
Herriman, UT 84096

Practising Law Institute (PLI)
1177 Avenue of the Americas
New York, NY 10036


Prashanth Sridhar
4 Harrovian House 2 A Woodlands Road
Harrow HA12AZ Greater London United Kingdom


PreCog Security, Inc.
Alex Paunic 501 1st Avenue
Suite 901
Saint Petersburg, FL 33701


Quark Media Tech Pvt Ltd
Wing E 11 Helios Business Park
Yemalur Road Bengaluru 29-KA 560103 Indi


Quinn Emanuel Urquhart & Sullivan, LLP
90 High Holborn
London, United Kingdom WC1V  6LI


Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Fl.
Los Angeles, CA 90017


Rachel Beall
179 South Orchard Drive
North Salt Lake, UT 84054


Raven Perrin
101 Greatest Gift Way
Jarrell, TX 76537


Regus Management Group, LLC,
15305 Dallas Pkwy
12th Floor
Addison, TX 75001

Reilly Teague
229 C Street
Salt Lake City, UT 84103


Remote Community Inc.
Nirman Agrawal 8 The Green
Suite 15213
Dover, DE 19901


Rob Dalle- Molle
12 Lawndale Avenue
Morristown, NJ 07960


Robert Rome
199 Massachusetts Avenue
Apt 707
Boston, MA 02115


Ruby Software
223 Merritt Avenue
Bergen Field
Bergenfield, NJ 07621


Ryan DeVries
447 Meridian Street
Unit 1
East Boston, MA 02128


Ryan Trager
346 Somerville Ave.
Apt 608
Somerville, MA 02143


S&V Tek Systems LLC
4185 Hammond Bridge Dr.
Suwanee, GA 30024


Salesforce.com, Inc.
Hani Hassan
Salesforce Tower 415 Mission Street
San Francisco, CA 94105

Sameer Yelamarthi
9009 Great Hills Trail
Apt 1224
Austin, TX 78759


Samuel Bettencourt
150 Quarry Street
Apt 210
Quincy, MA 02169


Samuel Sheehy
1 Barbie Court
Merrimack, NH 03054


SCALEWAY SAS
BP 438 75366
Paris CEDEX 08 France 75366


Scopic Inc
11 Apex Dr.
Marlborough, MA 01752


Sean Clark
542 North Oakley Street
Salt Lake City, UT 84116


Sean Murray
17341 Red Cosmos Point
Parker, CO 80134


Sean Ricucci
125 Northeast 32nd St 1617
Miami, FL 33137


Sean Ruthven
7206 Inverness Drive
West Jordan, UT 84084


Segmento.io, Inc.

Michelle Lacorda
101 Spear St.
San Francisco, CA 94105


Senad Mehmedovic
253 Spring Street
Apt 1
Medford, MA 02155


Shalabh Moonat
618 Willow Street
Apt G
Alameda, CA 94501


Shannon Sunwoo
4526 Coldwater Canyon Avenue
304
Studio City, CA 91604


Sharon Brown
70 Holmes Avenue
Hartsdale, NY 10530


Shibumi Strategy Ltd
2 Har Sinai St.
Tel Aviv, Israel


SHIFT Communications
Mayde Yang
120 St. James Avenue
Boston, MA 02116


Signal Hire
801 Garden Street
Suite 201
Santa Barbara, CA 93101


SIGNALHIRE SP. Z O.O.
ZLOTA Street, No. 75A, Loc 7
Warszawa 00-819 Poland

Siosiua Militoni
532 South 1080 West
American Fork, UT 84003


Sitrick Group LLC
11999 San Vicente Blvd
Suite 400
Los Angeles, CA 90049


SML Avvocati P.C.
4640 Cass St.
San Diego, CA 92019


Sofia Karler
10255 Dover Street
Apt. 336
Broomfield, CO 80021


Statista Inc.
3 World Trade Center, 36th Fl.
175 Greenwich St.
New York, NY 10007


Stoplight, Inc.
411 W. Monroe St. #31
Austin, TX 78704


Stott Consultancy Inc.
1999 Bryan St.
Suite 900
Dallas, TX 75201


Sunshine Sachs Morgan & Lylis
136 Madison Avenue
17th Fl.
New York, NY 10016


Susan Truskey
37 Fern Street
Lake Harmony, PA 18624

Suzanne Lee
13221 San Antonio Drive
Norwalk, CA 90650


Svam International, Inc.
Attn: Vineet Singh
233 East Shore Road Suite 201
Great Neck, NY 11023


Sydney Akgun
72 Nashua Street
Woburn, MA 01801


T & M USA LLC
230 Park Avenue
Rm 440
New York, NY 10169


Tal Dror
Melchett 44
Tel Aviv, Israel


Talend, Inc
400 El Camino Real
Suite 1400
San Mateo, CA 94402


Talkdesk
120 Hawthorne Ave.
Palo Alto, CA 94301


Tatvasoft US LLC
Attn: Kamal Sharma
518 Ambrose Drive
Plano, TX 75094


Tayven Aloi
2902 Tangent Peak Road
Magna, UT 84044

The Dcode Group, Inc.
2000 Pennsylvania Ave NW 7th Fl
Washington, DC 20006


The Hartford
One Hartford Plaza
Hartford, CT 06155


The Retirement Company, Inc.
dba The Ryding Company
2659 Townsgate Road Suite 101
91361


Tim Gray
1026 Azure Way
Louisville, CO 80027


Tim Kreiner
2413 Crown Court
Carrollton, TX 75006


Toll Brothers
200 Airport Road
Suite 202
Lakewood, NJ 08701


True Capital Partners LLC
56N. Haddon Ave.
Haddonfield, NJ 08033


Twilio Inc.
101 Spear Street
Suite 500
San Francisco, CA 94105


UTS Inc.
1209 Orange Street
Wilmington, DE 19801

Vahe Torossian
9553 Lake Washington Blvd. Northeast
Bellevue, WA 98004


Variacode INC
95 3rd St.
San Francisco, CA 94103


Vcorp Services
Suite 204
25 Robert Pitt Drive
Monsey, NY 10952


Ver Se Innovation Private Limited
14th Main Road, #6
HSR Layout, 5th Sector Banlore, India 29


Vertisystem Inc.
39300 Civic Center Dr.
Fremont, CA 94538


Vida Martsolf
2062 Holly Branch Court
Santa Clara, CA 95050


Viola Credit GL II, Limited Partnership
Attn: Ido Vigdor and Omer Shani
12 Abba Eben Blvd.
Herzliya Pituach, Israel


Viola Credit Partners Management Limited
12 ABBA EVAN AVENUE
HERZLIYA, ISRAEL


Weston Sandberg
90 Carrington Lane
Centerville, UT 84014

WeWork UK Limited
119 Marylebone Road
London, United Kingdom


Wex Health, Inc.
PO Box 869
Fargo, ND 58107


Wing AI Technologies, Inc.
2035 Sunset Lake Road
Suite B-2
Newark, DE 19702


Winning by Design, LLC
650 Castro Street, Suite 120-252
Mountain View, CA 94041


Writer, Inc.
140 Geary Street
Suite 800
San Francisco, CA 94108


WYNN ENCORE
3121 Las Vegas Blvd.
Las Vegas, NV 89109


Yahoo Ad Tech LLC
Damian Benstead
14010 FNB Parkway
Omaha, NE 68154


Zip Recruiter
Jon Munkholm
1455 Market Street
San Francisco, CA 94103


Zoom Video Communications Inc.
55 Almaden Blvd.
San Jose, CA 95113