# Notice Recipients

District/Off: 0311−1          User: admin                  Date Created: 6/2/2025
Case: 25−10984−CTG            Form ID: 309C                Total: 251

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Engineer.ai Corp.       26 S. Rio Grande Street        Suite 2072        Salt Lake City, UT 84101 |
| tr | David W. Carickhoff       Chipman Brown Cicero & Cole, LLP       1313 N. Market Street       Suite 5400       Wilmington, DE 19801 |
| aty | Joseph M Mulvihill       Young Conaway Stargatt & Taylor, LLP       Rodney Square       1000 N. King Street       Wilmington, DE 19801 |
| 19864875 | ADP LLC       Attn: Kevin Kukurba       PO Box 842875       Boston, MA 02284 |
| 19864882 | AM International       133 Vikassheel Sector 13 Rohini       New Delhi, India 07−DL 110085 |
| 19864873 | Aaron Whitney       401 Little Texas Lane       2134       Austin, TX 78745 |
| 19864874 | Adi Vinyarsh       250 West 99th Street       Apt 3A       New York, NY 10025 |
| 19864876 | African Technology Innovation Hubs       No. 18 Khartoum St. Wise Zone 5       Abuja Federal Capital Territory 900285 A |
| 19864877 | Agustina Lanuza       23 Macaria Avenue Pacita Complex 1       San Pedro Laguna 4023 Philippines |
| 19864878 | Aliyah Harith       c\o 15 Genoa St.       West Babylon, NY 11704 |
| 19864879 | Alondra Cantu       3023 E Mile 19 N Rd       Edinburg, TX 78542 |
| 19864880 | Alpha Shabazz       40031 Texas 105       Batson, TX 77519 |
| 19864881 | Altus Receivables Management, Inc       Joel Velasques       2121 Airline Drive, Suite 520       Metairie, LA 70001 |
| 19864883 | Amazon Web Services Inc.       Attn: Mohd Fareed       PO Box 84023       Seattle, WA 84023 |
| 19864884 | Andrew Maltsev       9769 Kalina Way       207       Sandy, UT 84092 |
| 19864885 | Andy Pham       4510 Clover Dr       Eau Claire, WI 54701 |
| 19864886 | Andy Rapp       432 Suydam St.       Brooklyn, NY 11237 |
| 19864887 | Angela Chang       609 Saint Paul Ave.       Apt. 853       Los Angeles, CA 90017 |
| 19864888 | Appario Retail Pvt. Ltd.       527 of Madivala Village       Bengaluru 29−KA 562107 India |
| 19864889 | Apple Store (Aus)       Emanuele Galli 17/14 Darling Street       Bronte NSW 2024 Australia |
| 19864890 | Ariel Potischman       12 Spooner Ave.       Natick, MA 01760 |
| 19864891 | Arpine Arakelyan       2573 Ohlone Dr.       San Jose, CA 95132 |
| 19864892 | Ashley Smith       2010 West 47th Avenue       Denver, CO 80211 |
| 19864893 | Audrey Thunhorst       1838 S Gallant View Rd.       Saratoga Springs, UT 84045 |
| 19864894 | Augustinus Wong       856 Marco Pl.       Venice, CA 90291 |
| 19864895 | Bachmann Attorneys−at−Law Ltd.       Leonie Kuhn Bachmann Rechtsanwite AG       Schulhausstrasse 14 Postfach, 8027 Zavri |
| 19864896 | Bark.com Global Limited       Eleanor Willey 3 Sheldon Square       9th Fl. London, United Kingdom W2 6PX |
| 19864897 | Baylor Bower       7493 Michael Road       Sanger, TX 76266 |
| 19864898 | Belgium Webnet LLC       20 W. 47th St., #601       New York, NY 10036 |
| 19864899 | Blue Shield of California       601 12th Street       Oakland, CA 94607 |
| 19864900 | Boris Park       808 Harristown Rd.       Glen Rock, NJ 07452 |
| 19864901 | Brainvire Infotech Inc       Attn: Miloni Shah       1373 Elkwood Dr.       Milpitas, CA 95035 |
| 19864902 | Brandon Cromer       436 Sunset Avenue South       Salt Lake City, UT 84115 |
| 19864903 | Braxton Reid       1486 W Bristol Ridge Rd.       West Jordan, UT 84088 |
| 19864904 | Bridger Jensen       2851 East Lake Vista Drive       Eagle Mountain, UT 84005 |
| 19864905 | Bryan Summers       728 Gunderson Ave.       Oak Park, IL 60304 |
| 19864906 | Business Innovation       3394 Musa Ibn Nusair       As Sulimaniyah 7261 Riyadh Saudi Arabia |
| 19864907 | Business Show Media Inc       11 Trevino Road       Flanders, NJ 07836 |
| 19864920 | COGENCY GLOBAL INC       600 S. 2nd Street, Suite 103       Springfield, IL 62704 |
| 19864908 | Cade Lowry       7663 S 1650 E       Ogden, UT 84405 |
| 19864909 | Cameron Butler       6007 South 200 East       Salt Lake City, UT 84107 |
| 19864910 | Catcher Thompson       166 East 500 North       Farmington, UT 84025 |
| 19864911 | Chinenye Igbokwe       361 Neponset Avenue       Dorchester, MA 02122 |
| 19864912 | Chordify LLC       Ken Morris       1047 Helen Avenue       Santa Clara, CA 95051 |
| 19864913 | Chordify Management Consultants, LLC       Santa Clara, CA 95051 |
| 19864914 | Christian Albert       1378 North Freedom Blvd.       Apt. 412       Provo, UT 84604 |
| 19864915 | Christopher Bills       402 Lakeview Dr.       Lehi, UT 84043 |
| 19864916 | Christopher McDonough       399 Congress St.       Apt. 1916       Boston, MA 02210 |
| 19864917 | Cinnova International       7351 Ridgestone Dr.       Cincinnati, OH 45243 |
| 19864918 | Clifton Larson Allen LLP       Suite 700       2999 Oak Road       Walnut Creek, CA 94597 |
| 19864919 | Coby Borceguin       14959 S Lost Miner Ln.       Herriman, UT 84096 |
| 19864921 | Cohen Williams LLP       724 S. Spring St., 9th Fl.       Los Angeles, CA 90014 |
| 19864922 | Coursera, Inc.       381 E. Evelyn Avenue       Mountain View, CA 94041 |
| 19864923 | Cprime Inc.       107 S. B Street       Suite 200       San Mateo, CA 94401 |
| 19864924 | Crearp LLC       9741 Fontainebleau Blvd.       Miami, FL 33172 |
| 19864925 | Cullen Wichmann       4810 West Kingsbury St.       Springfield, MO 65802 |
| 19864938 | DLA Piper UK LLP       Two Chamberlain Square       Birmingham B3 3AX United Kingdom |
| 19864939 | DOCSTOCKERSTORE LLC       2679 W. Main Street       Littleton, CO 80120 |
| 19864926 | Damien Earl       981 W. 1410 S.       Orem, UT 84058 |
| 19864927 | David Bubash       820 E. 43rd st.       Apt 1       Kansas City, MO 64110 |
| 19864928 | David Horrigan       60 Sutton Road       Needham, MA 02492 |
| 19864929 | David Keefer       70 Southwest Century Dr.       Suite 100−287       Bend, OR 97702 |
| 19864930 | Dentons Rodyk & Davidson LLP       80 Raffles Place       33−00 UOB Plaza 1 Singapore, 048624 |

| ID | Name | Address |
|---|---|---|
| 19864931 | Dentons US LLP | Daniel Goldberg  233 S. Wacker Drive Suite 5900  Chicago, IL 60606 |
| 19867559 | Department of Labor | Division of Unemployment Insurance  P.O. Box 9953  Wilmington, DE 19809 |
| 19864932 | Derek Gardner | 116 East Resaca Dr.  Unit F9  Sandy, UT 84070 |
| 19864933 | Descartes Visual Compliance (USA) LLC | 1 Peace Bridge Plaza  Buffalo, NY 14213 |
| 19864934 | Dewitt LLP | Connor Wojcieszak  2E Miffin Street  Madison, WI 53703 |
| 19864935 | Diego Vigo | 3397 Hamm Lane  Herriman, UT 84096 |
| 19864936 | Digital Ocean | 10th Floor  101 Avenue of the Americas  New York, NY 10013 |
| 19864937 | Dionna Arimes | 2186 Bush Street  San Francisco, CA 94115 |
| 19864940 | DocuSign, Inc. | 221 Main Street, Suite 1000  San Francisco, CA 94105 |
| 19864941 | Donald Carroll | 3306 Fleet Street  Baltimore, MD 21224 |
| 19864942 | Dream Venture Studio | 1657 N. Miami Ave.  Miami, FL 33136 |
| 19864943 | Elementl, Inc dba Dagster Labs | 548 Market St.  San Francisco, CA 94104 |
| 19864944 | Eleven Law Firm | 73 Gia Canh, TT  Dinh Quan Dong Nai, Vietnam |
| 19864945 | Elysian Fields Consulting Ltd | Lauren Ayres Flat 4 71 Elm Park Gardens  London, United Kingdom SW10 9NZ |
| 19864946 | Emerson Joy, Inc | 544 East 86th Street  Apt. 8W  New York, NY 10028 |
| 19864947 | Emily Music | 2070 Maryland Blvd.  Muskegon, MI 49441 |
| 19864948 | Employers Counsel | Heather Basch  PO Box 539  Denver, CO 80201 |
| 19864949 | Erik Thomsen | 3584 W Beckham Dr.  Herriman, UT 84096 |
| 19864950 | Ernst & Young LLP | 1 More London Place  London SE1 2AF United Kingdom |
| 19864952 | FDM Group Inc | Ian McDonagh  14 Wall Street 31st and 29th Floor  New York, NY 10005 |
| 19864956 | FREEDOM SOLUTIONS GROUP LLC DBA ?LITERA? | 550 West Jackson Blvd.  Suite 200  Chicago, IL 60661 |
| 19864951 | Fashion Trust US | 1415 Louisiana  Suite 100  Houston, TX 77002 |
| 19864953 | Fenchurch Global Limited | Edward Gooda Fenchurch Global Limited  38 Hexham Close Worth W. Sussex RH 107TZ |
| 19864954 | Figma, Inc. | 760 Market Street  San Francisco, CA 94102 |
| 19864955 | Fisher and Phillips LLP | 1075 Peachtree St, NE  Atlanta, GA 30309 |
| 19864957 | Frontapp, Inc. | Jon Munkholm  1455 Market Street  San Francisco, CA 94103 |
| 19864958 | Gary Balkus | 631 4th Street  Wyandotte, MI 48192 |
| 19864959 | Geo Blue | 933 First Ave.  King of Prussia, PA 19406 |
| 19864960 | GoCardless Ltd | 14 Mabilis St. Brgy. Pinyahan  Quezon Metro Manila 1100 Philipines |
| 19864961 | Godelman Consulting | 3830 Paseo Primrio Calabasas  Calabasas, CA 91302 |
| 19864962 | Goodwin Procter LLP | Natasha Daniels  New York Time Building 620 Eighth Avenue  New York, NY 10018 |
| 19864963 | Google Cloud EMEA Limited | Velasco Clanwilliam Place  Dublin, Ireland |
| 19864964 | Google LLC | 1600 Amphitheatre Pkwy  Mountain View, CA 94043 |
| 19864965 | Greenhouse Software, Inc. | 18 W. 18th St.  11th Floor  New York, NY 10011 |
| 19864966 | Guardian Life Insurance Co. | PO Box 677458  Dallas, TX 75267 |
| 19864971 | HUB International Insurance Services Inc | Attn: Stay Therrien  Suite 100 9855 Scranton Road  San Diego, CA 92121 |
| 19864967 | Hannah Baldwin | 533 Peebles street  Pittsburgh, PA 15221 |
| 19864968 | Happiest Minds Technologies Limited | 101 Metro Dr.  Suite 360  San Jose, CA 95110 |
| 19864969 | Harris Technology Pty Ltd | 124 Abbott Road Hallam VIC  Australia |
| 19864970 | Hi Bob Inc. | Attn: Elinor Nuchi  205 Hudson St.  New York, NY 10013 |
| 19864972 | IDG International Marketing Services | Staines One Station Approach  Staines TW18 4LY United Kingdom |
| 19864973 | ISSAQUAH Highlands Tech | 14690 NE 95th St., Suite 104  Redmond, WA 98052 |
| 19864974 | ITREX GROUP USA CORPORATION | 120 Vantis Dr  Suite 545  Aliso Viejo, CA 92656 |
| 19864975 | Jacob Dinsdale | 1060 South Kays Drive  Kaysville, UT 84037 |
| 19864976 | James Jackson | 1573 Stoney Creek Dr.  Charlottesville, VA 22902 |
| 19864977 | Jason Webdale | 12101 North Lamar Blvd.  Austin, TX 78753 |
| 19864978 | Jayson Rosales | 750 South Depot Street  Unit 12  Clearfield, UT 84015 |
| 19864979 | Jennifer Kang | 8825 W 1st Ave.  Denver, CO 80226 |
| 19864980 | John Chen | 1435 North Washtenaw Ave.  Apt 1  Chicago, IL 60622 |
| 19864981 | John Davenport | 7 Ferndale Road  Natick, MA 01760 |
| 19864982 | John Paul Alcoroque | 2 Camella Lessandra Bucandala IV  Imus Vavite 4103 Philippines |
| 19864983 | Jonathan Yuvienco | 1777 N. Blaze Lane  119  Saratoga Springs, UT 84045 |
| 19864984 | Jordan Hoffnagle | 8810 E Golden Hills Ln  Mead, WA 99021 |
| 19864985 | Jordan Hunter | 7100 Old Katy Road 4110  Houston, TX 77024 |
| 19864986 | Jordan Santacruz | 510 S Spring Street  Apt. 910  Los Angeles, CA 90013 |
| 19864987 | Joseph Rifkin | 1270 E 37th St.  Long Beach, CA 90807 |
| 19864988 | Joshua Cox | 2150 SouthWest Temple  Salt Lake City, UT 84115 |
| 19864989 | Joshua Erickson | 941175 East  Farmington, UT 84025 |
| 19864990 | Jungle Ventures Pte. Ltd. | One George Street  Singapore 049145 |
| 19864991 | Justin Hart | 11941 Timberhill Dr.  Riverview, FL 33569 |
| 19864992 | Kayla McNutt | 2 Neponset Avenue  Dorchester, MA 02122 |
| 19864993 | Keith Axline | 4729 Northeast 25th Avenue  Portland, OR 97211 |
| 19864994 | Kerry Hudson | 4440 Marigold Lane  Littleton, CO 80123 |
| 19864995 | Kibler Fowler & Cave LLP | Suite 360  11100 Santa Monica Blvd.  Los Angeles, CA 90025 |
| 19864996 | Kiln.co | Attn: Regan McLain  2702 Rio Grande Street  Salt Lake City, UT 84101 |
| 19864997 | Kishan Parekh | 2731 Washington Street  Roxbury, MA 02119 |
| 19864998 | Krisp Technologies, Inc. | 2150 Shattuck Avenue  1300 Penthouse  Berkeley, CA 94704 |
| 19864999 | Krister Axel | 3627 County Route 6  Hammond, NY 13646 |
| 19865000 | Kristine E Mascardo | Block 7 Lot 3 Agan East II  Koronadal City South Cotabato 9506 Phili |
| 19865003 | LINKEDIN | Bill Minor  1000 W. Maude Ave.  Sunnyvale, CA 94085 |
| 19865001 | Lauren Ogbogu | 245 Perkins St.  Oakland, CA 94610 |

| | | | | | |
|---|---|---|---|---|---|
| 19865002 | Lincoln National Life Insurance Co | 8801 Indian Hills Dr. | Omaha, NE 68114 | | |
| 19865004 | LinkSquares Inc. | 60 State Street, Suite 1200 | Boston, MA 02109 | | |
| 19865005 | Loliware | Chelsea Briganti | 36 Mason Circle | Beacon, NY 12508 | |
| 19865006 | Lusha Systems Inc | 800 Boylston Street | Suite 1410 | Boston, MA 02199 | |
| 19865007 | MadKudi, Inc. | 333 W. Maude Ave. | Suite 207 | Sunnyvale, CA 94085 | |
| 19865008 | Mango Technologies, Inc. DBA ClickUp | Valeria Leon 350 Tenth Ave. | Suite 500 | San Diego, CA 92101 | |
| 19865009 | Marcos Barela | 5021 Elaine Dr. | West Valley City, UT 84120 | | |
| 19865010 | Matthew VanSon | 1100 South Miami Ave. | Miami, FL 33130 | | |
| 19865011 | Memory Blue, Inc. | 7925 Jones Branch Dr. | Suite 4100 | Mc Lean, VA 22102 | |
| 19865012 | Meredith J. Sesser, Professional Law Cor | 16000 Ventura Blvd. | Suite 915 | Encino, CA 91436 | |
| 19865013 | Michael Collins | 8444 N Dana Ave. | Portland, OR 97203 | | |
| 19865014 | Michael Van Orden | 2610 S 500 E | Salt Lake City, UT 84106 | | |
| 19865015 | Microsoft Corporation | One Microsoft Way | Redmond, WA 98052 | | |
| 19865016 | Miles Kelly | 1348 Hearst Dr. | Pleasanton, CA 94566 | | |
| 19865017 | MindTickle Inc. | 535 Mission St. | 14th Floor, Suite 1748 | San Francisco, CA 94105 | |
| 19865018 | Mix Panel | One Front Street | San Francisco, CA 94111 | | |
| 19865019 | Modern Display Service, Inc. | Attn: Ben Steggell | 3370 West 500 South | Salt Lake City, UT 84104 | |
| 19865020 | Monica Nelson | 3304 Gopher Ridge Drive | Folsom, CA 95630 | | |
| 19865021 | Morris, Nichols, Arsht & Tunnell LLP | 1201 North Market St. | 16th Floor | Wilmington, DE 19801 | |
| 19865028 | NOVENTIQ SERVICES INDIA PRIVATE LIMITED | Amit Kumar SDF No. C–08 F | Noida Dadri Road Phase II Gautam Buddha | | |
| 19865022 | Nate Haduch | 28 Union St. | Cambridge, MA 02141 | | |
| 19865023 | Nathan Embrey | 1653 Park HIlls Drive | Farmington, UT 84025 | | |
| 19865024 | Neha Nagpal | C–7, Nizamuddin East | New Delhi, India 07–DL 110013 | | |
| 19865025 | Nicole Burke | 8998 Cornwall Way | Eagle Mountain, UT 84005 | | |
| 19865026 | Nishtha Sharma | 3 Ronson Road | 4216 | Iselin, NJ 08830 | |
| 19865027 | Noel Armstrong | 602 Chester Pines Court | Ocoee, FL 34761 | | |
| 19865029 | Nugeen Aftab | 5826 Cedarview Court | Middletown, OH 45044 | | |
| 19865030 | Onix Inc. | 1910 Thomes Ave. | Cheyenne, WY 82001 | | |
| 19865031 | OpenComp Inc. | Suite 200 | 2590 Welton St. | Denver, CO 80205 | |
| 19865032 | Outreach | 333 Elliott Ave W | Seattle, WA 98119 | | |
| 19865033 | Patrick Donnelly | 4004 Fairway Drive | Gibsonia, PA 15044 | | |
| 19865034 | Pentalog Americas LLC | 244 5th Avenue, Suite 2742 | 10001 | | |
| 19865035 | Peyton Parker | 74 Trechelle Private | Ottawa K2S 0H2 ON Canada | | |
| 19865036 | Peyton Young | 563 Marine Street | Apt. A | La Jolla, CA 92037 | |
| 19865037 | Phoenix Passey | 13637 Langdon Drive | Herriman, UT 84096 | | |
| 19865038 | Practising Law Institute (PLI) | 1177 Avenue of the Americas | New York, NY 10036 | | |
| 19865039 | Prashanth Sridhar | 4 Harrovian House 2 A Woodlands Road | Harrow HA12AZ Greater London United King | | |
| 19865040 | PreCog Security, Inc. | Alex Paunic 501 1st Avenue | Suite 901 | Saint Petersburg, FL 33701 | |
| 19865041 | Quark Media Tech Pvt Ltd | Wing E 11 Helios Business Park | Yemalur Road Bengaluru 29–KA 560103 Indi | | |
| 19865043 | Quinn Emanuel Urquhart & Sullivan, LLP | 865 S. Figueroa St., 10th Fl. | Los Angeles, CA 90017 | | |
| 19865042 | Quinn Emanuel Urquhart & Sullivan, LLP | 90 High Holborn | London, United Kingdom WC1V 6LI | | |
| 19865044 | Rachel Beall | 179 South Orchard Drive | North Salt Lake, UT 84054 | | |
| 19865045 | Raven Perrin | 101 Greatest Gift Way | Jarrell, TX 76537 | | |
| 19865046 | Regus Management Group, LLC, | 15305 Dallas Pkwy | 12th Floor | Addison, TX 75001 | |
| 19865047 | Reilly Teague | 229 C Street | Salt Lake City, UT 84103 | | |
| 19865048 | Remote Community Inc. | Nirman Agrawal 8 The Green | Suite 15213 | Dover, DE 19901 | |
| 19865049 | Rob Dalle–Molle | 12 Lawndale Avenue | Morristown, NJ 07960 | | |
| 19865050 | Robert Rome | 199 Massachusetts Avenue | Apt 707 | Boston, MA 02115 | |
| 19865051 | Ruby Software | 223 Merritt Avenue | Bergen Field | Bergenfield, NJ 07621 | |
| 19865052 | Ryan DeVries | 447 Meridian Street | Unit 1 | East Boston, MA 02128 | |
| 19865053 | Ryan Trager | 346 Somerville Ave. | Apt 608 | Somerville, MA 02143 | |
| 19865054 | S&V Tek Systems LLC | 4185 Hammond Bridge Dr. | Suwanee, GA 30024 | | |
| 19865059 | SCALEWAY SAS | BP 438 75366 | Paris CEDEX 08 France 75366 | | |
| 19865071 | SHIFT Communications | Mayde Yang | 120 St. James Avenue | Boston, MA 02116 | |
| 19865073 | SIGNALHIRE SP. Z O.O. | ZLOTA Street, No. 75A, Loc 7 | Warszawa 00–819 Poland | | |
| 19865076 | SML Avvocati P.C. | 4640 Cass St. | San Diego, CA 92019 | | |
| 19865055 | Salesforce.com, Inc. | Hani Hassan | Salesforce Tower 415 Mission Street | San Francisco, CA 94105 | |
| 19865056 | Sameer Yelamarthi | 9009 Great Hills Trail | Apt 1224 | Austin, TX 78759 | |
| 19865057 | Samuel Bettencourt | 150 Quarry Street | Apt 210 | Quincy, MA 02169 | |
| 19865058 | Samuel Sheehy | 1 Barbie Court | Merrimack, NH 03054 | | |
| 19865060 | Scopic Inc | 11 Apex Dr. | Marlborough, MA 01752 | | |
| 19865061 | Sean Clark | 542 North Oakley Street | Salt Lake City, UT 84116 | | |
| 19865062 | Sean Murray | 17341 Red Cosmos Point | Parker, CO 80134 | | |
| 19865063 | Sean Ricucci | 125 Northeast 32nd St 1617 | Miami, FL 33137 | | |
| 19865064 | Sean Ruthven | 7206 Inverness Drive | West Jordan, UT 84084 | | |
| 19865065 | Segmento.io, Inc. | Michelle Lacorda | 101 Spear St. | San Francisco, CA 94105 | |
| 19865066 | Senad Mehmedovic | 253 Spring Street | Apt 1 | Medford, MA 02155 | |
| 19865067 | Shalabh Moonat | 618 Willow Street | Apt G | Alameda, CA 94501 | |
| 19865068 | Shannon Sunwoo | 4526 Coldwater Canyon Avenue | 304 | Studio City, CA 91604 | |
| 19865069 | Sharon Brown | 70 Holmes Avenue | Hartsdale, NY 10530 | | |
| 19865070 | Shibumi Strategy Ltd | 2 Har Sinai St. | Tel Aviv, Israel | | |

| | | | | |
|---|---|---|---|---|
| 19865072 | Signal Hire | 801 Garden Street | Suite 201 | Santa Barbara, CA 93101 |
| 19865074 | Siosiua Militoni | 532 South 1080 West | American Fork, UT 84003 | |
| 19865075 | Sitrick Group LLC | 11999 San Vicente Blvd | Suite 400 | Los Angeles, CA 90049 |
| 19865077 | Sofia Karler | 10255 Dover Street | Apt. 336 | Broomfield, CO 80021 |
| 19867558 | State of Delaware | Division of Revenue | 820 N. French Street, 8th Floor | Wilmington, DE 19801–0820 |
| 19865078 | Statista Inc. | 3 World Trade Center, 36th Fl. | 175 Greenwich St. | New York, NY 10007 |
| 19865079 | Stoplight, Inc. | 411 W. Monroe St. #31 | Austin, TX 78704 | |
| 19865080 | Stott Consultancy Inc. | 1999 Bryan St. | Suite 900 | Dallas, TX 75201 |
| 19865081 | Sunshine Sachs Morgan & Lylis | 136 Madison Avenue | 17th Fl. | New York, NY 10016 |
| 19865082 | Susan Truskey | 37 Fern Street | Lake Harmony, PA 18624 | |
| 19865083 | Suzanne Lee | 13221 San Antonio Drive | Norwalk, CA 90650 | |
| 19865084 | Svam International, Inc. | Attn: Vineet Singh | 233 East Shore Road Suite 201 | Great Neck, NY 11023 |
| 19865085 | Sydney Akgun | 72 Nashua Street | Woburn, MA 01801 | |
| 19865086 | T & M USA LLC | 230 Park Avenue | Rm 440 | New York, NY 10169 |
| 19865087 | Tal Dror | Melchett 44 | Tel Aviv, Israel | |
| 19865088 | Talend, Inc | 400 El Camino Real | Suite 1400 | San Mateo, CA 94402 |
| 19865089 | Talkdesk | 120 Hawthorne Ave. | Palo Alto, CA 94301 | |
| 19865090 | Tatvasoft US LLC | Attn: Kamal Sharma | 518 Ambrose Drive | Plano, TX 75094 |
| 19865091 | Tayven Aloi | 2902 Tangent Peak Road | Magna, UT 84044 | |
| 19865092 | The Dcode Group, Inc. | 2000 Pennsylvania Ave NW 7th Fl | Washington, DC 20006 | |
| 19865093 | The Hartford | One Hartford Plaza | Hartford, CT 06155 | |
| 19865094 | The Retirement Company, Inc. | dba The Ryding Company | 2659 Townsgate Road Suite 101 | 91361 |
| 19865095 | Tim Gray | 1026 Azure Way | Louisville, CO 80027 | |
| 19865096 | Tim Kreiner | 2413 Crown Court | Carrollton, TX 75006 | |
| 19865097 | Toll Brothers | 200 Airport Road | Suite 202 | Lakewood, NJ 08701 |
| 19865098 | True Capital Partners LLC | 56N. Haddon Ave. | Haddonfield, NJ 08033 | |
| 19865099 | Twilio Inc. | 101 Spear Street | Suite 500 | San Francisco, CA 94105 |
| 19865100 | UTS Inc. | 1209 Orange Street | Wilmington, DE 19801 | |
| 19865101 | Vahe Torossian | 9553 Lake Washington Blvd. Northeast | Bellevue, WA 98004 | |
| 19865102 | Variacode INC | 95 3rd St. | San Francisco, CA 94103 | |
| 19865103 | Vcorp Services | Suite 204 | 25 Robert Pitt Drive | Monsey, NY 10952 |
| 19865104 | Ver Se Innovation Private Limited | 14th Main Road, #6 | HSR Layout, 5th Sector Banlore, India 29 | |
| 19865105 | Vertisystem Inc. | 39300 Civic Center Dr. | Fremont, CA 94538 | |
| 19865106 | Vida Martsolf | 2062 Holly Branch Court | Santa Clara, CA 95050 | |
| 19865107 | Viola Credit GL II, Limited Partnership | Attn: Ido Vigdor and Omer Shani | 12 Abba Eben Blvd. | Herzliya Pituach, Israel |
| 19865108 | Viola Credit Partners Management Limited | 12 ABBA EVAN AVENUE | HERZLIYA, ISRAEL | |
| 19865115 | WYNN ENCORE | 3121 Las Vegas Blvd. | Las Vegas, NV 89109 | |
| 19865110 | WeWork UK Limited | 119 Marylebone Road | London, United Kingdom | |
| 19865109 | Weston Sandberg | 90 Carrington Lane | Centerville, UT 84014 | |
| 19865111 | Wex Health, Inc. | PO Box 869 | Fargo, ND 58107 | |
| 19865112 | Wing AI Technologies, Inc. | 2035 Sunset Lake Road | Suite B–2 | Newark, DE 19702 |
| 19865113 | Winning by Design, LLC | 650 Castro Street, Suite 120–252 | Mountain View, CA 94041 | |
| 19865114 | Writer, Inc. | 140 Geary Street | Suite 800 | San Francisco, CA 94108 |
| 19865116 | Yahoo Ad Tech LLC | Damian Benstead | 14010 FNB Parkway | Omaha, NE 68154 |
| 19865117 | Zip Recruiter | Jon Munkholm | 1455 Market Street | San Francisco, CA 94103 |
| 19865118 | Zoom Video Communications Inc. | 55 Almaden Blvd. | San Jose, CA 95113 | |

TOTAL: 251