# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In Re:

Engineer.ai Corp.                                     Case No. 25−10984−CTG
                                                      Chapter 7

        Debtor.
_____/

### REQUEST FOR NOTICES BY HOLLAND & KNIGHT LLP FOR UTS INC.

Pursuant to Bankruptcy Rule 2002, UTS Inc. requests that all notices and other papers required to be served on creditors, official committees, or other parties-in-interest (whether served by the Court, the debtor, or any other party) be served on the undersigned law firm.

        */s/ Kameron Fleming*
        Kameron Neil Fleming, Esq.
        Florida Bar No. 1035926
        kameron.fleming@hklaw.com
        HOLLAND & KNIGHT LLP
        50 North Laura Street, Suite 3900
        Jacksonville, FL
        Tel: 904-798-5480
        -and-
        W. Keith Fendrick, Esq.
        Florida Bar No. 0612154
        keith.fendrick@hklaw.com
        HOLLAND & KNIGHT LLP
        100 N. Tampa St., Suite 4100
        Tampa, FL 33602
        Tel: 813-227-8500
        Fax: 813-229-0134

        ***Attorneys for UTS Inc.***

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on July 23, 2025, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send electronic notification to the following:

Joseph M Mulvihill
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 N. King Street
Wilmington, DE 19801
Email: jmulvihill@ycst.com

*Debtor's Counsel*

David W. Carickhoff
Chipman Brown Cicero & Cole, LLP
1313 N. Market Street
Suite 5400
Wilmington, DE 19801
Email: carickhoff@chipmanbrown.com

*Bankruptcy Trustee*

and to **all other CM/ECF participants**.

                                                                */s/ Kameron Fleming*
                                                                 Attorney