## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Engineer.ai Corp., | Case No. 25-10984 (CTG) |
| Debtor. | **Related Docket No. 20** |

### ORDER LIMITING NOTICE AND ESTABLISHING
### NOTICE PROCEDURES PURSUANT TO SECTION 105(a)
### OF THE BANKRUPTCY CODE AND RULES 2002, 6004, 6007
### AND 9007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Upon the Motion[1] (the "**Motion**") of David W. Carickhoff, Chapter 7 (the "**Trustee**") Trustee of the bankruptcy estate of the above-captioned Debtor, for entry of an order to limit notice and establish noticing procedures pursuant to section 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "**Bankruptcy Code**") and Rules 2002, 6004, 6007, and 9007 of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**"); the Court having found that (i) the District of Delaware has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(b) and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. §§ 157(b), (iii) the relief requested is in the best interests of the Debtor's estate, and (iv) notice of the Motion was good and sufficient under the circumstances and no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT**:

1.    The Motion is GRANTED.

---

[1]    Capitalized terms used but not defined in this Order have the meanings ascribed to such terms in the Motion.

2.      The Trustee is hereby authorized to limit the scope of notice for those matters set forth in the Motion as follows: all notice for pleadings that fall within the scope of Bankruptcy Rules 2002(a)(2), 2002(a)(3), 2002(a)(6), 6004, 6007, and 9007 shall be limited to the following parties (or their counsel, if known):

    (a)     The Office of the United States Trustee;

    (b)     All entities that file requests for service of notices under Fed. R. Bankr. P. 2002 in Chapter 7 Case; and

    (c)     All parties-in-interest specifically impacted by any such pleadings or papers.

3.      This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

**Dated: August 7th, 2025**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**