# COMPOSITE EXHIBIT B

UTS inc
1209 N Orange St
Wilmington, DE  19801 US
emilie.soumbou@mouratoglou.com

# Invoice



| BILL TO |
| --- |
| Engineer.ai Corp a Delaware Corporation |
| 26 S. Rio Grande Street |
| Suite 2072 |
| Salt Lake City, Utah  84101 |
| USA |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 1053 | 08/12/2024 | USD 200,000.00 | 11/11/2024 | Due on receipt | |

| DATE | DESCRIPTION | | AMOUNT |
| --- | --- | --- | --- |
| 08/12/2024  **UTS SPONSORSHIP** | UTS New york 2024 Sponsorship - Fixed Fee | | 200,000.00 |

USD Wire Instructions :
Bank Name : Interaudi Bank
Account Name : UTS Inc
ABA number: 026006237
Account number : 681195
SWIFT : AUSAUS33
Address : 19 East 54th St. New York, NY 10022

| | |
| --- | --- |
| SUBTOTAL | 200,000.00 |
| TAX | 0.00 |
| TOTAL | 200,000.00 |
| BALANCE DUE | **USD 200,000.00** |

## INVOICE

UTS inc  
1209 N Orange St  
Wilmington, DE 19801

emilie.soumbou@mouratoglou.com  
+33632188651



**Bill to**  
Engineer.ai Corp a Delaware Corporation  
26 S. Rio Grande Street  
Suite 2072  
Salt Lake City, Utah 84101  
USA

### Invoice details
Invoice no.: 1071  
Terms: Due on receipt  
Invoice date: 11/06/2024  
Due date: 01/03/2025

| # | Product or service | Description | Qty | Rate |
|---|---|---|---|---|
| 1. | **UTS SPONSORSHIP** | UTS London 2024 Sponsorship - Fixed Fee | 1 | $200,000.00 |

|  |  |
|---|---|
| Total | **$200,000.00** |

USD Wire Instructions :  
Bank Name : Interaudi Bank  
Account Name : UTS Inc  
ABA number: 026006237  
Account number : 681195  
SWIFT : AUSAUS33  
Address : 19 East 54th St. New York, NY 10022