# EXHIBIT C

---

**De :** Maximilian Zobel <maximilian.zobel@uts.live>
**Envoyé :** samedi 26 juillet 2025 12:00
**À :** Baptiste Kern <baptiste.kern@uts.live>
**Objet :** WG: Urgent: Stagehand costs Builder

Hey Baptiste,

please see below Builder's confirmation regarding the stagehand costs.

Best, Max

---

**Von:** Evan Srivastava <evan.srivastava@builder.ai>
**Datum:** Samstag, 17. August 2024 um 17:08
**An:** Kyle Casey <kyle@gravity.productions>, Jason Brandt <jbrandt@bowerypresents.com>, Maximilian Zobel <maximilian.zobel@uts.live>
**Cc:** Aman Malik <aman.malik@builder.ai>
**Betreff:** Re: Urgent: Stagehand costs Builder

Dear Kyle,

The same is approved. Please send a secure payment link for me to pay this.


Thanks and Regards
Evan Srivastava
Sr. Manager- Experiential Marketing

+91-9899365657
evan.srivastava@builder.ai
www.builder.ai

Discover the top app trends for 2023 that you should be keeping an eye on.





Builder.ai is the trading name of Engineer.ai Corporation.
The contents of this email and any attachments are confidential. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.



On August 17, 2024, 8:35 PM GMT+5:30 kyle@gravity.productions wrote:

Hi Evan,

The projected stagehand expense is $7,933.84.

Thank you,

Kyle

**From:** Evan Srivastava <evan.srivastava@builder.ai>
**Date:** Saturday, August 17, 2024 at 11:00 AM
**To:** Jason Brandt <jbrandt@bowerypresents.com>, Maximilian Zobel <maximilian.zobel@uts.live>, Kyle Casey <kyle@gravity.productions>
**Cc:** Aman Malik <aman.malik@builder.ai>
**Subject:** Re: Urgent: Stagehand costs Builder

Dear Jason,

The same has been received. Do let us know what will be the fee ?

Thanks and Regards

Evan Srivastava

Sr. Manager- Experiential Marketing

+91-9899365657
[evan.srivastava@builder.ai](evan.srivastava@builder.ai)
www.builder.ai

Discover the <u>top app trends for 2023</u> that you should be keeping an eye on.

**Fehler! Es wurde kein Dateiname angegeben.**

**Fehler! Es wurde kein Dateiname angegeben.Fehler! Es wurde kein Dateiname angegeben.Fehler! Es wurde kein Dateiname angegeben.Fehler! Es wurde kein Dateiname angegeben.Fehler! Es wurde kein Dateiname angegeben.**

**Fehler! Es wurde kein Dateiname angegeben.**

Builder.ai is the trading name of Engineer.ai Corporation.

The contents of this email and any attachments are confidential. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

**Fehler! Es wurde kein Dateiname angegeben.**

On August 17, 2024, 8:10 PM GMT+5:30 [jbrandt@bowerypresents.com](jbrandt@bowerypresents.com) wrote:

Evan,

Kyle just sent through an explanation of the work.  Let us know if you did not receive.

JB

**From:** Evan Srivastava <[evan.srivastava@builder.ai](evan.srivastava@builder.ai)>
**Date:** Saturday, August 17, 2024 at 10:38 AM
**To:** Maximilian Zobel <[maximilian.zobel@uts.live](maximilian.zobel@uts.live)>, Jason Brandt <[jbrandt@bowerypresents.com](jbrandt@bowerypresents.com)>, Kyle Casey <[kyle@gravity.productions](kyle@gravity.productions)>
**Cc:** Aman Malik <[aman.malik@builder.ai](aman.malik@builder.ai)>
**Subject:** Re: Urgent: Stagehand costs Builder

| EXTERNAL |
|---|

Dear Max and Jason,

Please let me know what are these stagehand costs for ?

Thanks and Regards

Evan Srivastava

Sr. Manager- Experiential Marketing

+91-9899365657
evan.srivastava@builder.ai
www.builder.ai

Discover the top app trends for 2023 that you should be keeping an eye on.

**Fehler! Es wurde kein Dateiname angegeben.**

**Fehler! Es wurde kein Dateiname angegeben.Fehler! Es wurde kein Dateiname angegeben.Fehler! Es wurde kein Dateiname angegeben.Fehler! Es wurde kein Dateiname angegeben.Fehler! Es wurde kein Dateiname angegeben.**

**Fehler! Es wurde kein Dateiname angegeben.**

Builder.ai is the trading name of Engineer.ai Corporation.

The contents of this email and any attachments are confidential. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

**Fehler! Es wurde kein Dateiname angegeben.**

On August 17, 2024, 7:33 PM GMT+5:30 maximilian.zobel@uts.live wrote:

Hey Jason,

please use this loop to explain the costs for stagehands to Aman and Evan from Builder.

@evan.srivastava@builder.ai please confirm in this loop before you proceed with any planning of your booth. Please note, that UTS is not paying for those booth-related costs. Every sponsor needs to bourne those costs themselves.

Thanks and best regards,

Max

**Maximilian Zobel**
Ultimate Tennis Showdown
Senior Project and Partnership Manager

+49 176 325 346 81
uts.live



https://www.builder.ai

**Fehler! Es wurde kein Dateiname angegeben.Fehler! Es wurde kein Dateiname angegeben.Fehler! Es wurde kein Dateiname angegeben.Fehler! Es wurde kein Dateiname angegeben.Fehler! Es wurde kein Dateiname angegeben.**

*(Builder.ai is the trading name of Engineer.ai Corporation.)*

The contents of this email and any attachments are confidential. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

https://www.builder.ai

**Fehler! Es wurde kein Dateiname angegeben.Fehler! Es wurde kein Dateiname angegeben.Fehler! Es wurde kein Dateiname angegeben.Fehler! Es wurde kein Dateiname angegeben.Fehler! Es wurde kein Dateiname angegeben.**

(Builder.ai is the trading name of Engineer.ai Corporation.)

The contents of this email and any attachments are confidential. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

https://www.builder.ai



(Builder.ai is the trading name of Engineer.ai Corporation.)

The contents of this email and any attachments are confidential. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.