# Notice Recipients

District/Off: 0311−1     User: admin     Date Created: 08/27/2025
Case: 25−10984−CTG     Form ID: van043     Total: 281

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
19949359    Engineer.ai Corp.

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust    U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
tr    David W. Carickhoff    carickhoff@chipmanbrown.com
aty    Alan Michael Root    root@chipmanbrown.com
aty    Joseph M Mulvihill    jmulvihill@ycst.com
aty    Kameron Neil Fleming    kameron.fleming@hklaw.com
aty    Linda J. Casey    Linda.Casey@usdoj.gov

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Engineer.ai Corp.    26 S. Rio Grande Street    Suite 2072    Salt Lake City, UT 84101
19864875    ADP LLC    Attn: Kevin Kukurba    PO Box 842875    Boston, MA 02284
19864882    AM International    133 Vikassheel Sector 13 Rohini    New Delhi, India 07−DL 110085
19949334    AMEX TRS Co., Inc.    c/o Becket and Lee LLP    PO Box 3001    Malvern PA 19355−0701
19892665    ANDY ALFONSO    4271 W 18TH CT    HIALEAH, FL 33012
19864873    Aaron Whitney    401 Little Texas Lane    2134    Austin, TX 78745
19864874    Adi Vinyarsh    250 West 99th Street    Apt 3A    New York, NY 10025
19864876    African Technology Innovation Hubs    No. 18 Khartoum St. Wise Zone 5    Abuja Federal Capital Territory 900285 A
19864877    Agustina Lanuza    23 Macaria Avenue Pacita Complex 1    San Pedro Laguna 4023 Philipines
19894144    Aim Nest LLC    2211 Buffalo Run Road    Buffalo, MN 55313
19864878    Aliyah Harith    c\o 15 Genoa St.    West Babylon, NY 11704
19864879    Alondra Cantu    3023 E Mile 19 N Rd    Edinburg, TX 78542
19864880    Alpha Shabazz    40031 Texas 105    Batson, TX 77519
19864881    Altus Receivables Management, Inc    Joel Velasques    2121 Airline Drive, Suite 520    Metairie, LA 70001
19864883    Amazon Web Services Inc.    Attn: Mohd Fareed    PO Box 84023    Seattle, WA 84023
19864884    Andrew Maltsev    9769 Kalina Way    207    Sandy, UT 84092
19864885    Andy Pham    4510 Clover Dr    Eau Claire, WI 54701
19864886    Andy Rapp    432 Suydam St.    Brooklyn, NY 11237
19864887    Angela Chang    609 Saint Paul Ave.    Apt. 853    Los Angeles, CA 90017
19864888    Appario Retail Pvt. Ltd.    527 of Madivala Village    Bengaluru 29−KA 562107 India
19864889    Apple Store (Aus)    Emanuele Galli 17/14 Darling Street    Bronte NSW 2024 Australia
19864890    Ariel Potischman    12 Spooner Ave.    Natick, MA 01760
19864891    Arpine Arakelyan    2573 Ohlone Dr.    San Jose, CA 95132
19864892    Ashley Smith    2010 West 47th Avenue    Denver, CO 80211
19864893    Audrey Thunhorst    1838 S Gallant View Rd.    Saratoga Springs, UT 84045
19864894    Augustinus Wong    856 Marco Pl.    Venice, CA 90291
19939379    B.E.S.T. Wealth Management    Thomas J. Wahl, Esq.    The Cook Group, PLLC    701 Market Street, Suite 1225    St. Louis, MO 63101
19864895    Bachmann Attorneys−at−Law Ltd.    Leonie Kuhn Bachmann Rechtsanwite AG    Schulhausstrasse 14 Postfach, 8027 Zavri
19864896    Bark.com Global Limited    Eleanor Willey 3 Sheldon Square    9th Fl. London, United Kingdom W2 6PX
19864897    Baylor Bower    7493 Michael Road    Sanger, TX 76266
19864898    Belgium Webnet LLC    20 W. 47th St., #601    New York, NY 10036
19864899    Blue Shield of California    601 12th Street    Oakland, CA 94607
19864900    Boris Park    808 Harristown Rd.    Glen Rock, NJ 07452
19864901    Brainvire Infotech Inc    Attn: Miloni Shah    1373 Elkwood Dr.    Milpitas, CA 95035
19864902    Brandon Cromer    436 Sunset Avenue South    Salt Lake City, UT 84115
19864903    Braxton Reid    1486 W Bristol Ridge Rd.    West Jordan, UT 84088
19949350    Brex, Inc.    c/o Joel F. Newell    Ballard Spahr LLP    1 E. Washington St, Suite 2300    Phoenix, AZ 85004
19864904    Bridger Jensen    2851 East Lake Vista Drive    Eagle Mountain, UT 84005
19864905    Bryan Summers    728 Gunderson Ave.    Oak Park, IL 60304
19864906    Business Innovation    3394 Musa Ibn Nusair    As Sulimaniyah 7261 Riyadh Saudi Arabia
19864907    Business Show Media Inc    11 Trevino Road    Flanders, NJ 07836
19864920    COGENCY GLOBAL INC    600 S. 2nd Street, Suite 103    Springfield, IL 62704
19939436    CREAR DIGITAL MERCHANDISING SAS    Av 3EN 59 − 130    Quintas de Toledo, casa 59    Cali, Valle    Colombia
19864908    Cade Lowry    7663 S 1650 E    Ogden, UT 84405
19864909    Cameron Butler    6007 South 200 East    Salt Lake City, UT 84107
19864910    Catcher Thompson    166 East 500 North    Farmington, UT 84025
19864911    Chinenye Igbokwe    361 Neponset Avenue    Dorchester, MA 02122

| ID | Name | Address |
|---|---|---|
| 19864912 | Chordify LLC | Ken Morris 1047 Helen Avenue Santa Clara, CA 95051 |
| 19864913 | Chordify Management Consultants, LLC | Santa Clara, CA 95051 |
| 19864914 | Christian Albert | 1378 North Freedom Blvd. Apt. 412 Provo, UT 84604 |
| 19864915 | Christopher Bills | 402 Lakeview Dr. Lehi, UT 84043 |
| 19864916 | Christopher McDonough | 399 Congress St. Apt. 1916 Boston, MA 02210 |
| 19864917 | Cinnova International | 7351 Ridgestone Dr. Cincinnati, OH 45243 |
| 19864918 | Clifton Larson Allen LLP | Suite 700 2999 Oak Road Walnut Creek, CA 94597 |
| 19864919 | Coby Borceguin | 14959 S Lost Miner Ln. Herriman, UT 84096 |
| 19864921 | Cohen Williams LLP | 724 S. Spring St., 9th Fl. Los Angeles, CA 90014 |
| 19913356 | Cooksy Inc. | 4674 Cecile Rd. Plano, TX 75024 |
| 19864922 | Coursera, Inc. | 381 E. Evelyn Avenue Mountain View, CA 94041 |
| 19864923 | Cprime Inc. | 107 S. B Street Suite 200 San Mateo, CA 94401 |
| 19864924 | Crearp LLC | 9741 Fontainebleau Blvd. Miami, FL 33172 |
| 19864925 | Cullen Wichmann | 4810 West Kingsbury St. Springfield, MO 65802 |
| 19864938 | DLA Piper UK LLP | Two Chamberlain Square Birmingham B3 3AX United Kingdom |
| 19864939 | DOCSTOCKERSTORE LLC | 2679 W. Main Street Littleton, CO 80120 |
| 19864926 | Damien Earl | 981 W. 1410 S. Orem, UT 84058 |
| 19864927 | David Bubash | 820 E. 43rd st. Apt 1 Kansas City, MO 64110 |
| 19864928 | David Horrigan | 60 Sutton Road Needham, MA 02492 |
| 19864929 | David Keefer | 70 Southwest Century Dr. Suite 100–287 Bend, OR 97702 |
| 19864930 | Dentons Rodyk & Davidson LLP | 80 Raffles Place 33–00 UOB Plaza 1 Singapore, 048624 |
| 19864931 | Dentons US LLP | Daniel Goldberg 233 S. Wacker Drive Suite 5900 Chicago, IL 60606 |
| 19867559 | Department of Labor | Division of Unemployment Insurance P.O. Box 9953 Wilmington, DE 19809 |
| 19864932 | Derek Gardner | 116 East Resaca Dr. Unit F9 Sandy, UT 84070 |
| 19864933 | Descartes Visual Compliance (USA) LLC | 1 Peace Bridge Plaza Buffalo, NY 14213 |
| 19864934 | Dewitt LLP | Connor Wojcieszak 2E Miffin Street Madison, WI 53703 |
| 19864935 | Diego Vigo | 3397 Hamm Lane Herriman, UT 84096 |
| 19864936 | Digital Ocean | 10th Floor 101 Avenue of the Americas New York, NY 10013 |
| 19864937 | Dionna Arimes | 2186 Bush Street San Francisco, CA 94115 |
| 19864940 | DocuSign, Inc. | 221 Main Street, Suite 1000 San Francisco, CA 94105 |
| 19916951 | Doculogix, Inc. | 5626 Preston Oaks Rd 28A Dallas, TX 75254 |
| 19864941 | Donald Carroll | 3306 Fleet Street Baltimore, MD 21224 |
| 19906179 | Doug Kruithof | 329 E 4TH AVE SALT LAKE CITY, UT 84103 |
| 19864942 | Dream Venture Studio | 1657 N. Miami Ave. Miami, FL 33136 |
| 19864943 | Elementl, Inc dba Dagster Labs | 548 Market St. San Francisco, CA 94104 |
| 19864944 | Eleven Law Firm | 73 Gia Canh, TT Dinh Quan Dong Nai, Vietnam |
| 19864945 | Elysian Fields Consulting Ltd | Lauren Ayres Flat 4 71 Elm Park Gardens London, United Kingdom SW10 9NZ |
| 19864946 | Emerson Joy, Inc | 544 East 86th Street Apt. 8W New York, NY 10028 |
| 19864947 | Emily Music | 2070 Maryland Blvd. Muskegon, MI 49441 |
| 19864948 | Employers Counsel | Heather Basch PO Box 539 Denver, CO 80201 |
| 19864949 | Erik Thomsen | 3584 W Beckham Dr. Herriman, UT 84096 |
| 19864950 | Ernst & Young LLP | 1 More London Place London SE1 2AF United Kingdom |
| 19892651 | Extraordinal Love Corp | 82 North Main St APT 3212 Natick, MA 01760 |
| 19864952 | FDM Group Inc | Ian McDonagh 14 Wall Street 31st and 29th Floor New York, NY 10005 |
| 19864956 | FREEDOM SOLUTIONS GROUP LLC DBA ?LITERA? | 550 West Jackson Blvd. Suite 200 Chicago, IL 60661 |
| 19864951 | Fashion Trust US | 1415 Louisiana Suite 100 Houston, TX 77002 |
| 19864953 | Fenchurch Global Limited | Edward Gooda Fenchurch Global Limited 38 Hexham Close Worth W. Sussex RH 107TZ |
| 19864954 | Figma, Inc. | 760 Market Street San Francisco, CA 94102 |
| 19864955 | Fisher and Phillips LLP | 1075 Peachtree St, NE Atlanta, GA 30309 |
| 19913188 | Flenard Enterprises, LLC | 15850 W. Bluemound Road Suite 105 Brookfield, WI 53005 |
| 19864957 | Frontapp, Inc. | Jon Munkholm 1455 Market Street San Francisco, CA 94103 |
| 19864958 | Gary Balkus | 631 4th Street Wyandotte, MI 48192 |
| 19864959 | Geo Blue | 933 First Ave. King of Prussia, PA 19406 |
| 19864960 | GoCardless Ltd | 14 Mabilis St. Brgy. Pinyahan Quezon Metro Manila 1100 Philipines |
| 19864961 | Godelman Consulting | 3830 Paseo Primrio Calabasas Calabasas, CA 91302 |
| 19864962 | Goodwin Procter LLP | Natasha Daniels New York Time Building 620 Eighth Avenue New York, NY 10018 |
| 19864963 | Google Cloud EMEA Limited | Velasco Clanwilliam Place Dublin, Ireland |
| 19864964 | Google LLC | 1600 Amphitheatre Pkwy Mountain View, CA 94043 |
| 19864965 | Greenhouse Software, Inc. | 18 W. 18th St. 11th Floor New York, NY 10011 |
| 19864966 | Guardian Life Insurance Co. | PO Box 677458 Dallas, TX 75267 |
| 19864971 | HUB International Insurance Services Inc | Attn: Stay Therrien Suite 100 9855 Scranton Road San Diego, CA 92121 |
| 19864967 | Hannah Baldwin | 533 Peebles street Pittsburgh, PA 15221 |
| 19864968 | Happiest Minds Technologies Limited | 101 Metro Dr. Suite 360 San Jose, CA 95110 |
| 19864969 | Harris Technology Pty Ltd | 124 Abbott Road Hallam VIC Australia |
| 19908581 | Haul–In LLC | 2490 Holbrook rd Springtown, TX 76082 |
| 19864970 | Hi Bob Inc. | Attn: Elinor Nuchi 205 Hudson St. New York, NY 10013 |
| 19864972 | IDG International Marketing Services | Staines One Station Approach Staines TW18 4LY United Kingdom |
| 19864973 | ISSAQUAH Highlands Tech | 14690 NE 95th St., Suite 104 Redmond, WA 98052 |
| 19864974 | ITREX GROUP USA CORPORATION | 120 Vantis Dr Suite 545 Aliso Viejo, CA 92656 |
| 19908422 | Insight Venture Management, LLC | 1114 Avenue of the Americas 36th Floor New York, NY 10036 |

| | | | | |
|---|---|---|---|---|
| 19864975 | Jacob Dinsdale | 1060 South Kays Drive | Kaysville, UT 84037 | |
| 19864976 | James Jackson | 1573 Stoney Creek Dr. | Charlottesville, VA 22902 | |
| 19864977 | Jason Webdale | 12101 North Lamar Blvd. | Austin, TX 78753 | |
| 19864978 | Jayson Rosales | 750 South Depot Street | Unit 12 | Clearfield, UT 84015 |
| 19864979 | Jennifer Kang | 8825 W 1st Ave. | Denver, CO 80226 | |
| 19949349 | Joel F. Newell | Ballard Spahr LLP | 1 E. Washington St, Suite 2300 | Phoenix, AZ 85004 |
| 19864980 | John Chen | 1435 North Washtenaw Ave. | Apt 1 | Chicago, IL 60622 |
| 19864981 | John Davenport | 7 Ferndale Road | Natick, MA 01760 | |
| 19864982 | John Paul Alcoroque | 2 Camella Lessandra Bucandala IV | Imus Vavite 4103 Philippines | |
| 19864983 | Jonathan Yuvienco | 1777 N. Blaze Lane | 119 | Saratoga Springs, UT 84045 |
| 19864984 | Jordan Hoffnagle | 8810 E Golden Hills Ln | Mead, WA 99021 | |
| 19864985 | Jordan Hunter | 7100 Old Katy Road 4110 | Houston, TX 77024 | |
| 19864986 | Jordan Santacruz | 510 S Spring Street | Apt. 910 | Los Angeles, CA 90013 |
| 19864987 | Joseph Rifkin | 1270 E 37th St. | Long Beach, CA 90807 | |
| 19864988 | Joshua Cox | 2150 SouthWest Temple | Salt Lake City, UT 84115 | |
| 19864989 | Joshua Erickson | 941175 East | Farmington, UT 84025 | |
| 19864990 | Jungle Ventures Pte. Ltd. | One George Street | Singapore 049145 | |
| 19864991 | Justin Hart | 11941 Timberhill Dr. | Riverview, FL 33569 | |
| 19915726 | Kameron Fleming, Esq. | Holland & Knight LLP    50 N Laura St, Ste 3900    Jacksonville, FL 32202    kameron.fleming@hklaw.com | | |
| 19864992 | Kayla McNutt | 2 Neponset Avenue | Dorchester, MA 02122 | |
| 19864993 | Keith Axline | 4729 Northeast 25th Avenue | Portland, OR 97211 | |
| 19864994 | Kerry Hudson | 4440 Marigold Lane | Littleton, CO 80123 | |
| 19864995 | Kibler Fowler & Cave LLP | Suite 360 | 11100 Santa Monica Blvd. | Los Angeles, CA 90025 |
| 19864996 | Kiln.co | Attn: Regan McLain | 2702 Rio Grande Street | Salt Lake City, UT 84101 |
| 19864997 | Kishan Parekh | 2731 Washington Street | Roxbury, MA 02119 | |
| 19864998 | Krisp Technologies, Inc. | 2150 Shattuck Avenue | 1300 Penthouse | Berkeley, CA 94704 |
| 19864999 | Krister Axel | 3627 County Route 6 | Hammond, NY 13646 | |
| 19865000 | Kristine E Mascardo | Block 7 Lot 3 Agan East II | Koronadal City South Cotabato 9506 Phili | |
| 19865003 | LINKEDIN | Bill Minor | 1000 W. Maude Ave. | Sunnyvale, CA 94085 |
| 19865001 | Lauren Ogbogu | 245 Perkins St. | Oakland, CA 94610 | |
| 19865002 | Lincoln National Life Insurance Co | 8801 Indian Hills Dr. | Omaha, NE 68114 | |
| 19865004 | LinkSquares Inc. | 60 State Street, Suite 1200 | Boston, MA 02109 | |
| 19865005 | Loliware | Chelsea Briganti | 36 Mason Circle | Beacon, NY 12508 |
| 19865006 | Lusha Systems Inc | 800 Boylston Street | Suite 1410 | Boston, MA 02199 |
| 19865007 | MadKudi, Inc. | 333 W. Maude Ave. | Suite 207 | Sunnyvale, CA 94085 |
| 19865008 | Mango Technologies, Inc. DBA ClickUp    Valeria Leon 350 Tenth Ave.    Suite 500    San Diego, CA 92101 | | | |
| 19865009 | Marcos Barela | 5021 Elaine Dr. | West Valley City, UT 84120 | |
| 19865010 | Matthew VanSon | 1100 South Miami Ave. | Miami, FL 33130 | |
| 19865011 | Memory Blue, Inc. | 7925 Jones Branch Dr. | Suite 4100 | Mc Lean, VA 22102 |
| 19865012 | Meredith J. Sesser, Professional Law Cor | 16000 Ventura Blvd. | Suite 915 | Encino, CA 91436 |
| 19865013 | Michael Collins | 8444 N Dana Ave. | Portland, OR 97203 | |
| 19865014 | Michael Van Orden | 2610 S 500 E | Salt Lake City, UT 84106 | |
| 19865015 | Microsoft Corporation | One Microsoft Way | Redmond, WA 98052 | |
| 19865016 | Miles Kelly | 1348 Hearst Dr. | Pleasanton, CA 94566 | |
| 19865017 | MindTickle Inc. | 535 Mission St. | 14th Floor, Suite 1748 | San Francisco, CA 94105 |
| 19865018 | Mix Panel | One Front Street | San Francisco, CA 94111 | |
| 19865019 | Modern Display Service, Inc.    Attn: Ben Steggell    3370 West 500 South    Salt Lake City, UT 84104 | | | |
| 19865020 | Monica Nelson | 3304 Gopher Ridge Drive | Folsom, CA 95630 | |
| 19865021 | Morris, Nichols, Arsht & Tunnell LLP    1201 North Market St.    16th Floor    Wilmington, DE 19801 | | | |
| 19938697 | Muhammad H. Sharief | 4674 Cecile Road | Plano, TX 75024 | |
| 19865028 | NOVENTIQ SERVICES INDIA PRIVATE LIMITED    Amit Kumar SDF No. C–08 F    Noida Dadri Road Phase II Gautam Buddha | | | |
| 19865022 | Nate Haduch | 28 Union St. | Cambridge, MA 02141 | |
| 19865023 | Nathan Embrey | 1653 Park HIlls Drive | Farmington, UT 84025 | |
| 19865024 | Neha Nagpal | C–7, Nizamuddin East | New Delhi, India 07–DL 110013 | |
| 19865025 | Nicole Burke | 8998 Cornwall Way | Eagle Mountain, UT 84005 | |
| 19865026 | Nishtha Sharma | 3 Ronson Road | 4216 | Iselin, NJ 08830 |
| 19865027 | Noel Armstrong | 602 Chester Pines Court | Ocoee, FL 34761 | |
| 19865029 | Nugeen Aftab | 5826 Cedarview Court | Middletown, OH 45044 | |
| 19865030 | Onix Inc. | 1910 Thomes Ave. | Cheyenne, WY 82001 | |
| 19865031 | OpenComp Inc. | Suite 200 | 2590 Welton St. | Denver, CO 80205 |
| 19865032 | Outreach | 333 Elliott Ave W | Seattle, WA 98119 | |
| 19865033 | Patrick Donnelly | 4004 Fairway Drive | Gibsonia, PA 15044 | |
| 19865034 | Pentalog Americas LLC | 244 5th Avenue, Suite 2742 | 10001 | |
| 19865035 | Peyton Parker | 74 Trechelle Private | Ottawa K2S 0H2 ON Canada | |
| 19865036 | Peyton Young | 563 Marine Street | Apt. A | La Jolla, CA 92037 |
| 19865037 | Phoenix Passey | 13637 Langdon Drive | Herriman, UT 84096 | |
| 19865038 | Practising Law Institute (PLI) | 1177 Avenue of the Americas | New York, NY 10036 | |
| 19865039 | Prashanth Sridhar | 4 Harrovian House 2 A Woodlands Road    Harrow HA12AZ Greater London United King | | |
| 19865040 | PreCog Security, Inc. | Alex Paunic 501 1st Avenue | Suite 901 | Saint Petersburg, FL 33701 |
| 19908423 | QIA TMT Holdings LLC    c\o Qatar Investment Authority    Ooredoo Tower, Building 14    Al Dafna Street 801    Al Dafna Zone 61    Doha, Qatar | | | |

| | | | | |
|---|---|---|---|---|
| 19865041 | Quark Media Tech Pvt Ltd | Wing E 11 Helios Business Park | Yemalur Road Bengaluru 29–KA 560103 Indi | |
| 19908876 | Quila Beauty LLC | 2152 W Potomac Avenue | Chicago, IL 60622 | |
| 19865043 | Quinn Emanuel Urquhart & Sullivan, LLP | 865 S. Figueroa St., 10th Fl. | Los Angeles, CA 90017 | |
| 19865042 | Quinn Emanuel Urquhart & Sullivan, LLP | 90 High Holborn | London, United Kingdom WC1V 6LI | |
| 19865044 | Rachel Beall | 179 South Orchard Drive | North Salt Lake, UT 84054 | |
| 19865045 | Raven Perrin | 101 Greatest Gift Way | Jarrell, TX 76537 | |
| 19865046 | Regus Management Group, LLC, | 15305 Dallas Pkwy | 12th Floor | Addison, TX 75001 |
| 19865047 | Reilly Teague | 229 C Street | Salt Lake City, UT 84103 | |
| 19865048 | Remote Community Inc. | Nirman Agrawal 8 The Green | Suite 15213 | Dover, DE 19901 |
| 19865049 | Rob Dalle– Molle | 12 Lawndale Avenue | Morristown, NJ 07960 | |
| 19865050 | Robert Rome | 199 Massachusetts Avenue | Apt 707 | Boston, MA 02115 |
| 19865051 | Ruby Software | 223 Merritt Avenue | Bergen Field | Bergenfield, NJ 07621 |
| 19865052 | Ryan DeVries | 447 Meridian Street | Unit 1 | East Boston, MA 02128 |
| 19865053 | Ryan Trager | 346 Somerville Ave. | Apt 608 | Somerville, MA 02143 |
| 19865054 | S&V Tek Systems LLC | 4185 Hammond Bridge Dr. | Suwanee, GA 30024 | |
| 19865059 | SCALEWAY SAS | BP 438 75366 | Paris CEDEX 08 France 75366 | |
| 19908465 | SD Squared Ventures II Limited | c\o Accuvise Administrators Limited | 7A Mayer Street    Port Louis    11413, Mauritius | |
| 19865071 | SHIFT Communications | Mayde Yang | 120 St. James Avenue | Boston, MA 02116 |
| 19865073 | SIGNALHIRE SP. Z O.O. | ZLOTA Street, No. 75A, Loc 7 | Warszawa 00–819 Poland | |
| 19865076 | SML Avvocati P.C. | 4640 Cass St. | San Diego, CA 92019 | |
| 19865055 | Salesforce.com, Inc. | Hani Hassan | Salesforce Tower 415 Mission Street | San Francisco, CA 94105 |
| 19865056 | Sameer Yelamarthi | 9009 Great Hills Trail | Apt 1224 | Austin, TX 78759 |
| 19865057 | Samuel Bettencourt | 150 Quarry Street | Apt 210 | Quincy, MA 02169 |
| 19865058 | Samuel Sheehy | 1 Barbie Court | Merrimack, NH 03054 | |
| 19865060 | Scopic Inc | 11 Apex Dr. | Marlborough, MA 01752 | |
| 19865061 | Sean Clark | 542 North Oakley Street | Salt Lake City, UT 84116 | |
| 19865062 | Sean Murray | 17341 Red Cosmos Point | Parker, CO 80134 | |
| 19865063 | Sean Ricucci | 125 Northeast 32nd St 1617 | Miami, FL 33137 | |
| 19865064 | Sean Ruthven | 7206 Inverness Drive | West Jordan, UT 84084 | |
| 19865065 | Segmento.io, Inc. | Michelle Lacorda | 101 Spear St. | San Francisco, CA 94105 |
| 19865066 | Senad Mehmedovic | 253 Spring Street | Apt 1 | Medford, MA 02155 |
| 19865067 | Shalabh Moonat | 618 Willow Street | Apt G | Alameda, CA 94501 |
| 19865068 | Shannon Sunwoo | 4526 Coldwater Canyon Avenue | 304 | Studio City, CA 91604 |
| 19865069 | Sharon Brown | 70 Holmes Avenue | Hartsdale, NY 10530 | |
| 19865070 | Shibumi Strategy Ltd | 2 Har Sinai St. | Tel Aviv, Israel | |
| 19913561 | Shytter L.L.C | 8838 Black Oak Ct NE | Albuquerque, NM 87122 | |
| 19865072 | Signal Hire | 801 Garden Street | Suite 201 | Santa Barbara, CA 93101 |
| 19942042 | Silenium.ai | 6804 Jody Ave S | Cottage Grove, MN 55016 | |
| 19865074 | Siosiua Militoni | 532 South 1080 West | American Fork, UT 84003 | |
| 19865075 | Sitrick Group LLC | 11999 San Vicente Blvd | Suite 400 | Los Angeles, CA 90049 |
| 19865077 | Sofia Karler | 10255 Dover Street | Apt. 336 | Broomfield, CO 80021 |
| 19867558 | State of Delaware | Division of Revenue | 820 N. French Street, 8th Floor | Wilmington, DE 19801–0820 |
| 19865078 | Statista Inc. | 3 World Trade Center, 36th Fl. | 175 Greenwich St. | New York, NY 10007 |
| 19865079 | Stoplight, Inc. | 411 W. Monroe St. #31 | Austin, TX 78704 | |
| 19865080 | Stott Consultancy Inc. | 1999 Bryan St. | Suite 900 | Dallas, TX 75201 |
| 19865081 | Sunshine Sachs Morgan & Lylis | 136 Madison Avenue | 17th Fl. | New York, NY 10016 |
| 19915244 | Surbhit Varma | B–46, Govind Narayan Singh Model town, Chunabhatti | Bhopal, Madhya Pradesh, 462016    India | |
| 19865082 | Susan Truskey | 37 Fern Street | Lake Harmony, PA 18624 | |
| 19865083 | Suzanne Lee | 13221 San Antonio Drive | Norwalk, CA 90650 | |
| 19865084 | Svam International, Inc. | Attn: Vineet Singh | 233 East Shore Road Suite 201 | Great Neck, NY 11023 |
| 19865085 | Sydney Akgun | 72 Nashua Street | Woburn, MA 01801 | |
| 19865086 | T & M USA LLC | 230 Park Avenue | Rm 440 | New York, NY 10169 |
| 19914393 | TORY, LLC | 1707 Post Oak Blvd #595 | Houston, TX 77056 | |
| 19865087 | Tal Dror | Melchett 44 | Tel Aviv, Israel | |
| 19865088 | Talend, Inc | 400 El Camino Real | Suite 1400 | San Mateo, CA 94402 |
| 19865089 | Talkdesk | 120 Hawthorne Ave. | Palo Alto, CA 94301 | |
| 19865090 | Tatvasoft US LLC | Attn: Kamal Sharma | 518 Ambrose Drive | Plano, TX 75094 |
| 19865091 | Tayven Aloi | 2902 Tangent Peak Road | Magna, UT 84044 | |
| 19865092 | The Dcode Group, Inc. | 2000 Pennsylvania Ave NW 7th Fl | Washington, DC 20006 | |
| 19865093 | The Hartford | One Hartford Plaza | Hartford, CT 06155 | |
| 19865094 | The Retirement Company, Inc. | dba The Ryding Company | 2659 Townsgate Road Suite 101    91361 | |
| 19865095 | Tim Gray | 1026 Azure Way | Louisville, CO 80027 | |
| 19865096 | Tim Kreiner | 2413 Crown Court | Carrollton, TX 75006 | |
| 19865097 | Toll Brothers | 200 Airport Road | Suite 202 | Lakewood, NJ 08701 |
| 19865098 | True Capital Partners LLC | 56N. Haddon Ave. | Haddonfield, NJ 08033 | |
| 19865099 | Twilio Inc. | 101 Spear Street | Suite 500 | San Francisco, CA 94105 |
| 19865100 | UTS Inc. | 1209 Orange Street | Wilmington, DE 19801 | |
| 19865101 | Vahe Torossian | 9553 Lake Washington Blvd. Northeast | Bellevue, WA 98004 | |
| 19865102 | Variacode INC | 95 3rd St. | San Francisco, CA 94103 | |
| 19865103 | Vcorp Services | Suite 204 | 25 Robert Pitt Drive | Monsey, NY 10952 |

| | | | | |
|---|---|---|---|---|
| 19865104 | Ver Se Innovation Private Limited | 14th Main Road, #6 | HSR Layout, 5th Sector Banlore, India 29 | |
| 19865105 | Vertisystem Inc. | 39300 Civic Center Dr. | Fremont, CA 94538 | |
| 19865106 | Vida Martsolf | 2062 Holly Branch Court | Santa Clara, CA 95050 | |
| 19865107 | Viola Credit GL II, Limited Partnership | Attn: Ido Vigdor and Omer Shani | 12 Abba Eben Blvd. | Herzliya Pituach, Israel |
| 19865108 | Viola Credit Partners Management Limited | 12 ABBA EVAN AVENUE | HERZLIYA, ISRAEL | |
| 19865115 | WYNN ENCORE | 3121 Las Vegas Blvd. | Las Vegas, NV 89109 | |
| 19865110 | WeWork UK Limited | 119 Marylebone Road | London, United Kingdom | |
| 19865109 | Weston Sandberg | 90 Carrington Lane | Centerville, UT 84014 | |
| 19865111 | Wex Health, Inc. | PO Box 869 | Fargo, ND 58107 | |
| 19909800 | Willie Henderson | 2800 Agueda Place | Henderson, NV 89044 | |
| 19865112 | Wing AI Technologies, Inc. | 2035 Sunset Lake Road | Suite B–2 | Newark, DE 19702 |
| 19865113 | Winning by Design, LLC | 650 Castro Street, Suite 120–252 | Mountain View, CA 94041 | |
| 19865114 | Writer, Inc. | 140 Geary Street | Suite 800 | San Francisco, CA 94108 |
| 19894328 | YANUNE LLC /GIGCHASERS | 2245 Wisteria Dr SW Suite 200 #1041, | Snellville, GA 30078 | |
| 19865116 | Yahoo Ad Tech LLC | Damian Benstead | 14010 FNB Parkway | Omaha, NE 68154 |
| 19865117 | Zip Recruiter | Jon Munkholm | 1455 Market Street | San Francisco, CA 94103 |
| 19865118 | Zoom Video Communications Inc. | 55 Almaden Blvd. | San Jose, CA 95113 | |

TOTAL: 274