# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | |
|---|---|
| **In Re:** | **Chapter:** 7 |
| Engineer.ai Corp. | |
| | |
| 26 S. Rio Grande Street | |
| Suite 2072 | |
| Salt Lake City, UT 84101 | |
| **EIN:** 47−5681672 | **Case No.:** 25−10984−CTG |
| Builder.ai | |

**NOTICE THAT THERE ARE ASSETS FROM
WHICH A DIVIDEND MIGHT POSSIBLY BE PAID TO CREDITORS**

**YOU ARE HEREBY NOTIFIED** that there are assets from which a dividend might possibly be paid to creditors.

In order to share in any distribution, a creditor must file a proof of claim with the Clerk of the Bankruptcy Court. Claims must be filed within ninety (90) days after service of this notice.

For governmental entities, the proof of claim deadline shall be the longer of one−hundred eighty (180) days after the petition was filed or ninety (90) days after this Notice of Assets is served or as otherwise provided in the Federal Rules. A proof of claim may be filed either electronically or as a paper document. For information on how to file a claim, visit the United States Bankruptcy Court − District of Delaware website at (http://www.deb.uscourts.gov), and click on the "Programs & Services" tab − Claims Information.

Late filed claims may be paid after timely filed claims and therefore may not share ratably in any distribution from the debtor's estate.

Stephen L Grant, Clerk of Court

Dated: 8/27/25
(VAN−043)

United States Bankruptcy Court
District of Delaware

In re:  
Engineer.ai Corp.  
    Debtor

Case No. 25-10984-CTG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0311-1      User: admin      Page 1 of 7  
Date Rcvd: Aug 27, 2025      Form ID: van043      Total Noticed: 253

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Engineer.ai Corp., 26 S. Rio Grande Street, Suite 2072, Salt Lake City, UT 84101-1179 |
| 19864875 | + | ADP LLC, Attn: Kevin Kukurba, PO Box 842875, Boston, MA 02284-2875 |
| 19864882 | | AM International, 133 Vikassheel Sector 13 Rohini, New Delhi, India 07-DL 110085 |
| 19892665 | + | ANDY ALFONSO, 4271 W 18TH CT, HIALEAH, FL 33012-5804 |
| 19864873 | #+ | Aaron Whitney, 401 Little Texas Lane, 2134, Austin, TX 78745-4181 |
| 19864874 | + | Adi Vinyarsh, 250 West 99th Street, Apt 3A, New York, NY 10025-5442 |
| 19894144 | + | Aim Nest LLC, 2211 Buffalo Run Road, Buffalo, MN 55313-5051 |
| 19864878 | + | Aliyah Harith, c/o 15 Genoa St., West Babylon, NY 11704-1708 |
| 19864879 | + | Alondra Cantu, 3023 E Mile 19 N Rd, Edinburg, TX 78542-4988 |
| 19864880 | | Alpha Shabazz, 40031 Texas 105, Batson, TX 77519 |
| 19864883 | + | Amazon Web Services Inc., Attn: Mohd Fareed, PO Box 84023, Seattle, WA 98124-8423 |
| 19864886 | + | Andy Rapp, 432 Suydam St., Brooklyn, NY 11237-3459 |
| 19864887 | + | Angela Chang, 609 Saint Paul Ave., Apt. 853, Los Angeles, CA 90017-6039 |
| 19864888 | | Appario Retail Pvt. Ltd., 527 of Madivala Village, Bengaluru 29-KA 562107 India |
| 19864889 | | Apple Store (Aus), Emanuele Galli 17/14 Darling Street, Bronte NSW 2024 Australia |
| 19864890 | + | Ariel Potischman, 12 Spooner Ave., Natick, MA 01760-4117 |
| 19864891 | + | Arpine Arakelyan, 2573 Ohlone Dr., San Jose, CA 95132-2631 |
| 19864892 | + | Ashley Smith, 2010 West 47th Avenue, Denver, CO 80211-1224 |
| 19864893 | + | Audrey Thunhorst, 1838 S Gallant View Rd., Saratoga Springs, UT 84045-3944 |
| 19864894 | + | Augustinus Wong, 856 Marco Pl., Venice, CA 90291-3918 |
| 19939379 | + | B.E.S.T. Wealth Management, Thomas J. Wahl, Esq., The Cook Group, PLLC, 701 Market Street, Suite 1225, St. Louis, MO 63101-1810 |
| 19864896 | | Bark.com Global Limited, Eleanor Willey 3 Sheldon Square, 9th Fl. London, United Kingdom W2 6PX |
| 19864897 | + | Baylor Bower, 7493 Michael Road, Sanger, TX 76266-2240 |
| 19864898 | + | Belgium Webnet LLC, 20 W. 47th St., #601, New York, NY 10036-3768 |
| 19864900 | + | Boris Park, 808 Harristown Rd., Glen Rock, NJ 07452-2425 |
| 19864901 | + | Brainvire Infotech Inc, Attn: Miloni Shah, 1373 Elkwood Dr., Milpitas, CA 95035-2423 |
| 19864902 | + | Brandon Cromer, 436 Sunset Avenue South, Salt Lake City, UT 84115-3322 |
| 19864903 | + | Braxton Reid, 1486 W Bristol Ridge Rd., West Jordan, UT 84088-9484 |
| 19864904 | + | Bridger Jensen, 2851 East Lake Vista Drive, Eagle Mountain, UT 84005-6326 |
| 19864905 | + | Bryan Summers, 728 Gunderson Ave., Oak Park, IL 60304-1424 |
| 19864906 | | Business Innovation, 3394 Musa Ibn Nusair, As Sulimaniyah 7261 Riyadh Saudi Arabia |
| 19864907 | + | Business Show Media Inc, 11 Trevino Road, Flanders, NJ 07836-4708 |
| 19864920 | + | COGENCY GLOBAL INC, 600 S. 2nd Street, Suite 103, Springfield, IL 62704-2550 |
| 19939436 | | CREAR DIGITAL MERCHANDISING SAS, Av 3EN 59 - 130, Quintas de Toledo, casa 59, Cali, Valle, Colombia |
| 19864908 | + | Cade Lowry, 7663 S 1650 E, Ogden, UT 84405-9832 |
| 19864909 | + | Cameron Butler, 6007 South 200 East, Salt Lake City, UT 84107-7327 |
| 19864910 | + | Catcher Thompson, 166 East 500 North, Farmington, UT 84025-2517 |
| 19864911 | + | Chinenye Igbokwe, 361 Neponset Avenue, Dorchester, MA 02122-3103 |
| 19864912 | + | Chordify LLC, Ken Morris, 1047 Helen Avenue, Santa Clara, CA 95051-2513 |
| 19864913 | | Chordify Management Consultants, LLC, Santa Clara, CA 95051 |
| 19864914 | + | Christian Albert, 1378 North Freedom Blvd., Apt. 412, Provo, UT 84604-2524 |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 2 of 7 |
| Date Rcvd: Aug 27, 2025 | Form ID: van043 | Total Noticed: 253 |

| | | |
|---|---|---|
| 19864915 | + | Christopher Bills, 402 Lakeview Dr., Lehi, UT 84043-9792 |
| 19864916 | + | Christopher McDonough, 399 Congress St., Apt. 1916, Boston, MA 02210-2590 |
| 19864917 | + | Cinnova International, 7351 Ridgestone Dr., Cincinnati, OH 45243-3035 |
| 19864918 | + | Clifton Larson Allen LLP, Suite 700, 2999 Oak Road, Walnut Creek, CA 94597-2017 |
| 19864919 | + | Coby Borceguin, 14959 S Lost Miner Ln., Herriman, UT 84096-2265 |
| 19864921 | + | Cohen Williams LLP, 724 S. Spring St., 9th Fl., Los Angeles, CA 90014-2936 |
| 19913356 | + | Cooksy Inc., 4674 Cecile Rd., Plano, TX 75024-6876 |
| 19864922 | #+ | Coursera, Inc., 381 E. Evelyn Avenue, Mountain View, CA 94041-1530 |
| 19864923 | + | Cprime Inc., 107 S. B Street, Suite 200, San Mateo, CA 94401-3993 |
| 19864924 | + | Crearp LLC, 9741 Fontainebleau Blvd., Miami, FL 33172-6725 |
| 19864925 | + | Cullen Wichmann, 4810 West Kingsbury St., Springfield, MO 65802-7710 |
| 19864938 | | DLA Piper UK LLP, Two Chamberlain Square, Birmingham B3 3AX United Kingdom |
| 19864939 | + | DOCSTOCKERSTORE LLC, 2679 W. Main Street, Littleton, CO 80120-1950 |
| 19864926 | + | Damien Earl, 981 W. 1410 S., Orem, UT 84058-2285 |
| 19864927 | + | David Bubash, 820 E. 43rd st., Apt 1, Kansas City, MO 64110-1600 |
| 19864928 | + | David Horrigan, 60 Sutton Road, Needham, MA 02492-3213 |
| 19864929 | + | David Keefer, 70 Southwest Century Dr., Suite 100-287, Bend, OR 97702-3557 |
| 19864930 | | Dentons Rodyk & Davidson LLP, 80 Raffles Place, 33-00 UOB Plaza 1 Singapore, 048624 |
| 19864931 | + | Dentons US LLP, Daniel Goldberg, 233 S. Wacker Drive Suite 5900, Chicago, IL 60606-6361 |
| 19864932 | + | Derek Gardner, 116 East Resaca Dr., Unit F9, Sandy, UT 84070-2077 |
| 19864933 | + | Descartes Visual Compliance (USA) LLC, 1 Peace Bridge Plaza, Buffalo, NY 14213-2416 |
| 19864935 | + | Diego Vigo, 3397 Hamm Lane, Herriman, UT 84096-2109 |
| 19864936 | + | Digital Ocean, 10th Floor, 101 Avenue of the Americas, New York, NY 10013-1905 |
| 19916951 | + | Doculogix, Inc., 5626 Preston Oaks Rd, 28A, Dallas, TX 75254-8417 |
| 19864941 | + | Donald Carroll, 3306 Fleet Street, Baltimore, MD 21224-4110 |
| 19906179 | + | Doug Kruithof, 329 E 4TH AVE, SALT LAKE CITY, UT 84103-2672 |
| 19864942 | + | Dream Venture Studio, 1657 N. Miami Ave., Miami, FL 33136-2008 |
| 19864943 | + | Elementl, Inc dba Dagster Labs, 548 Market St., San Francisco, CA 94104-5401 |
| 19864944 | | Eleven Law Firm, 73 Gia Canh, TT, Dinh Quan Dong Nai, Vietnam |
| 19864945 | | Elysian Fields Consulting Ltd, Lauren Ayres Flat 4 71 Elm Park Gardens, London, United Kingdom SW10 9NZ |
| 19864946 | + | Emerson Joy, Inc, 544 East 86th Street, Apt. 8W, New York, NY 10028-7525 |
| 19864947 | #+ | Emily Music, 2070 Maryland Blvd., Muskegon, MI 49441-4439 |
| 19864948 | + | Employers Counsel, Heather Basch, PO Box 539, Denver, CO 80201-0539 |
| 19864949 | + | Erik Thomsen, 3584 W Beckham Dr., Herriman, UT 84096-2067 |
| 19864950 | | Ernst & Young LLP, 1 More London Place, London SE1 2AF United Kingdom |
| 19892651 | + | Extraordinal Love Corp, 82 North Main St, APT 3212, Natick, MA 01760-3478 |
| 19864952 | + | FDM Group Inc, Ian McDonagh, 14 Wall Street 31st and 29th Floor, New York, NY 10005-2154 |
| 19864956 | #+ | FREEDOM SOLUTIONS GROUP LLC DBA ?LITERA?, 550 West Jackson Blvd., Suite 200, Chicago, IL 60661-5744 |
| 19864951 | + | Fashion Trust US, 1415 Louisiana, Suite 100, Houston, TX 77002-7341 |
| 19864954 | + | Figma, Inc., 760 Market Street, San Francisco, CA 94102-2300 |
| 19913188 | + | Flenard Enterprises, LLC, 15850 W. Bluemound Road, Suite 105, Brookfield, WI 53005-6019 |
| 19864957 | + | Frontapp, Inc., Jon Munkholm, 1455 Market Street, San Francisco, CA 94103-1331 |
| 19864958 | + | Gary Balkus, 631 4th Street, Wyandotte, MI 48192-2633 |
| 19864959 | + | Geo Blue, 933 First Ave., King of Prussia, PA 19406-1342 |
| 19864961 | | Godelman Consulting, 3830 Paseo Primrio Calabasas, Calabasas, CA 91302 |
| 19864962 | + | Goodwin Procter LLP, Natasha Daniels, New York Time Building 620 Eighth Avenue, New York, NY 10018-1618 |
| 19864963 | | Google Cloud EMEA Limited, Velasco Clanwilliam Place, Dublin, Ireland |
| 19864965 | + | Greenhouse Software, Inc., 18 W. 18th St., 11th Floor, New York, NY 10011-4650 |
| 19864966 | + | Guardian Life Insurance Co., PO Box 677458, Dallas, TX 75267-7458 |
| 19864971 | + | HUB International Insurance Services Inc, Attn: Stay Therrien, Suite 100 9855 Scranton Road, San Diego, CA 92121-1765 |
| 19864967 | + | Hannah Baldwin, 533 Peebles street, Pittsburgh, PA 15221-3263 |
| 19864968 | + | Happiest Minds Technologies Limited, 101 Metro Dr., Suite 360, San Jose, CA 95110-1381 |
| 19864969 | | Harris Technology Pty Ltd, 124 Abbott Road Hallam VIC, Australia |
| 19908581 | + | Haul-In LLC, 2490 Holbrook rd, Springtown, TX 76082-3249 |
| 19864970 | + | Hi Bob Inc., Attn: Elinor Nuchi, 205 Hudson St., New York, NY 10013-1803 |
| 19864972 | | IDG International Marketing Services, Staines One Station Approach, Staines TW18 4LY United Kingdom |
| 19864973 | + | ISSAQUAH Highlands Tech, 14690 NE 95th St., Suite 104, Redmond, WA 98052-1014 |
| 19864974 | + | ITREX GROUP USA CORPORATION, 120 Vantis Dr, Suite 545, Aliso Viejo, CA 92656-2679 |
| 19908422 | + | Insight Venture Management, LLC, 1114 Avenue of the Americas, 36th Floor, New York, NY 10036-7703 |
| 19864975 | + | Jacob Dinsdale, 1060 South Kays Drive, Kaysville, UT 84037-6706 |
| 19864976 | #+ | James Jackson, 1573 Stoney Creek Dr., Charlottesville, VA 22902-7240 |
| 19864977 | + | Jason Webdale, 12101 North Lamar Blvd., Austin, TX 78753-1727 |
| 19864978 | + | Jayson Rosales, 750 South Depot Street, Unit 12, Clearfield, UT 84015-2792 |

| | | |
|---|---|---|
| 19864979 | + | Jennifer Kang, 8825 W 1st Ave., Denver, CO 80226-1226 |
| 19864980 | + | John Chen, 1435 North Washtenaw Ave., Apt 1, Chicago, IL 60622-2294 |
| 19864981 | + | John Davenport, 7 Ferndale Road, Natick, MA 01760-1228 |
| 19864982 | | John Paul Alcoroque, 2 Camella Lessandra Bucandala IV, Imus Vavite 4103 Philippines |
| 19864983 | + | Jonathan Yuvienco, 1777 N. Blaze Lane, 119, Saratoga Springs, UT 84045-5396 |
| 19864984 | + | Jordan Hoffnagle, 8810 E Golden Hills Ln, Mead, WA 99021-8786 |
| 19864985 | + | Jordan Hunter, 7100 Old Katy Road 4110, Houston, TX 77024-2294 |
| 19864986 | + | Jordan Santacruz, 510 S Spring Street, Apt. 910, Los Angeles, CA 90013-1670 |
| 19864987 | + | Joseph Rifkin, 1270 E 37th St., Long Beach, CA 90807-4202 |
| 19864988 | | Joshua Cox, 2150 SouthWest Temple, Salt Lake City, UT 84115 |
| 19864989 | | Joshua Erickson, 941175 East, Farmington, UT 84025 |
| 19864990 | | Jungle Ventures Pte. Ltd., One George Street, Singapore 049145 |
| 19864991 | + | Justin Hart, 11941 Timberhill Dr., Riverview, FL 33569-5688 |
| 19915726 | + | Kameron Fleming, Esq., Holland & Knight LLP, 50 N Laura St, Ste 3900, Jacksonville, FL 32202, kameron.fleming@hklaw.com 32202-3622 |
| 19864992 | + | Kayla McNutt, 2 Neponset Avenue, Dorchester, MA 02122-3721 |
| 19864993 | + | Keith Axline, 4729 Northeast 25th Avenue, Portland, OR 97211-6435 |
| 19864994 | + | Kerry Hudson, 4440 Marigold Lane, Littleton, CO 80123-2731 |
| 19864995 | #+ | Kibler Fowler & Cave LLP, Suite 360, 11100 Santa Monica Blvd., Los Angeles, CA 90025-3394 |
| 19864996 | | Kiln.co, Attn: Regan McLain, 2702 Rio Grande Street, Salt Lake City, UT 84101 |
| 19864997 | + | Kishan Parekh, 2731 Washington Street, Roxbury, MA 02119-1405 |
| 19864998 | | Krisp Technologies, Inc., 2150 Shattuck Avenue, 1300 Penthouse, Berkeley, CA 94704 |
| 19865003 | + | LINKEDIN, Bill Minor, 1000 W. Maude Ave., Sunnyvale, CA 94085-2810 |
| 19865001 | + | Lauren Ogbogu, 245 Perkins St., Oakland, CA 94610-3026 |
| 19865002 | + | Lincoln National Life Insurance Co, 8801 Indian Hills Dr., Omaha, NE 68114-4059 |
| 19865004 | + | LinkSquares Inc., 60 State Street, Suite 1200, Boston, MA 02109-1933 |
| 19865006 | + | Lusha Systems Inc, 800 Boylston Street, Suite 1410, Boston, MA 02199-2100 |
| 19865007 | + | MadKudi, Inc., 333 W. Maude Ave., Suite 207, Sunnyvale, CA 94085-4373 |
| 19865008 | | Mango Technologies, Inc. DBA ClickUp, Valeria Leon 350 Tenth Ave., Suite 500, San Diego, CA 92101 |
| 19865009 | + | Marcos Barela, 5021 Elaine Dr., West Valley City, UT 84120-4557 |
| 19865010 | + | Matthew VanSon, 1100 South Miami Ave., Miami, FL 33130-4131 |
| 19865011 | + | Memory Blue, Inc., 7925 Jones Branch Dr., Suite 4100, Mc Lean, VA 22102-3382 |
| 19865012 | + | Meredith J. Sesser, Professional Law Cor, 16000 Ventura Blvd., Suite 915, Encino, CA 91436-2760 |
| 19865013 | + | Michael Collins, 8444 N Dana Ave., Portland, OR 97203-3698 |
| 19865014 | + | Michael Van Orden, 2610 S 500 E, Salt Lake City, UT 84106-1318 |
| 19865016 | + | Miles Kelly, 1348 Hearst Dr., Pleasanton, CA 94566-7559 |
| 19865017 | + | MindTickle Inc., 535 Mission St., 14th Floor, Suite 1748, San Francisco, CA 94105-3253 |
| 19865018 | + | Mix Panel, One Front Street, San Francisco, CA 94111-5325 |
| 19865019 | + | Modern Display Service, Inc., Attn: Ben Steggell, 3370 West 500 South, Salt Lake City, UT 84104-4402 |
| 19865020 | + | Monica Nelson, 3304 Gopher Ridge Drive, Folsom, CA 95630-6939 |
| 19865021 | + | Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market St., 16th Floor, Wilmington, DE 19801-1146 |
| 19938697 | + | Muhammad H. Sharief, 4674 Cecile Road, Plano, TX 75024-6876 |
| 19865022 | + | Nate Haduch, 28 Union St., Cambridge, MA 02141-1332 |
| 19865023 | + | Nathan Embrey, 1653 Park HIlls Drive, Farmington, UT 84025-2045 |
| 19865024 | | Neha Nagpal, C-7, Nizamuddin East, New Delhi, India 07-DL 110013 |
| 19865025 | + | Nicole Burke, 8998 Cornwall Way, Eagle Mountain, UT 84005-4522 |
| 19865026 | + | Nishtha Sharma, 3 Ronson Road, 4216, Iselin, NJ 08830-3097 |
| 19865027 | + | Noel Armstrong, 602 Chester Pines Court, Ocoee, FL 34761-3370 |
| 19865029 | + | Nugeen Aftab, 5826 Cedarview Court, Middletown, OH 45044-8724 |
| 19865030 | + | Onix Inc., 1910 Thomes Ave., Cheyenne, WY 82001-3527 |
| 19865031 | + | OpenComp Inc., Suite 200, 2590 Welton St., Denver, CO 80205-4268 |
| 19865032 | + | Outreach, 333 Elliott Ave W, Seattle, WA 98119-4115 |
| 19865034 | + | Pentalog Americas LLC, 244 5th Avenue, Suite 10001-7604 |
| 19865035 | | Peyton Parker, 74 Trechelle Private, Ottawa K2S 0H2 ON Canada |
| 19865037 | + | Phoenix Passey, 13637 Langdon Drive, Herriman, UT 84096-3061 |
| 19865038 | + | Practising Law Institute (PLI), 1177 Avenue of the Americas, New York, NY 10036-2714 |
| 19865040 | | PreCog Security, Inc., Alex Paunic 501 1st Avenue, Suite 901, Saint Petersburg, FL 33701 |
| 19908423 | | QIA TMT Holdings LLC, c/o Qatar Investment Authority, Ooredoo Tower, Building 14, Al Dafna Street 801, Al Dafna Zone 61 Doha, Qatar |
| 19908876 | + | Quila Beauty LLC, 2152 W Potomac Avenue, Chicago, IL 60622-4247 |
| 19865042 | | Quinn Emanuel Urquhart & Sullivan, LLP, 90 High Holborn, London, United Kingdom WC1V 6LI |
| 19865043 | + | Quinn Emanuel Urquhart & Sullivan, LLP, 865 S. Figueroa St., 10th Fl., Los Angeles, CA 90017-5003 |
| 19865044 | + | Rachel Beall, 179 South Orchard Drive, North Salt Lake, UT 84054-1827 |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 4 of 7 |
| Date Rcvd: Aug 27, 2025 | Form ID: van043 | Total Noticed: 253 |

```
19865045        +  Raven Perrin, 101 Greatest Gift Way, Jarrell, TX 76537-2201
19865046        +  Regus Management Group, LLC,, 15305 Dallas Pkwy, 12th Floor, Addison, TX 75001-6423
19865047        +  Reilly Teague, 229 C Street, Salt Lake City, UT 84103-2707
19865048           Remote Community Inc., Nirman Agrawal 8 The Green, Suite 15213, Dover, DE 19901
19865049        +  Rob Dalle- Molle, 12 Lawndale Avenue, Morristown, NJ 07960-3514
19865050        +  Robert Rome, 199 Massachusetts Avenue, Apt 707, Boston, MA 02115-3036
19865051        +  Ruby Software, 223 Merritt Avenue, Bergen Field, Bergenfield, NJ 07621-1449
19865052        +  Ryan DeVries, 447 Meridian Street, Unit 1, East Boston, MA 02128-1326
19865053        +  Ryan Trager, 346 Somerville Ave., Apt 608, Somerville, MA 02143-2365
19865054        +  S&V Tek Systems LLC, 4185 Hammond Bridge Dr., Suwanee, GA 30024-1321
19865059           SCALEWAY SAS, BP 438 75366, Paris CEDEX 08 France 75366
19908465           SD Squared Ventures II Limited, c/o Accuvise Administrators Limited, 7A Mayer Street, Port Louis, 11413, Mauritius
19865073           SIGNALHIRE SP. Z O.O., ZLOTA Street, No. 75A, Loc 7, Warszawa 00-819 Poland
19865076           SML Avvocati P.C., 4640 Cass St., San Diego, CA 92019
19865055        +  Salesforce.com, Inc., Hani Hassan, Salesforce Tower 415 Mission Street, San Francisco, CA 94105-2533
19865056        +  Sameer Yelamarthi, 9009 Great Hills Trail, Apt 1224, Austin, TX 78759-7142
19865057        +  Samuel Bettencourt, 150 Quarry Street, Apt 210, Quincy, MA 02169-4176
19865058        +  Samuel Sheehy, 1 Barbie Court, Merrimack, NH 03054-3050
19865060        +  Scopic Inc, 11 Apex Dr., Marlborough, MA 01752-1858
19865061       #+  Sean Clark, 542 North Oakley Street, Salt Lake City, UT 84116-2621
19865062        +  Sean Murray, 17341 Red Cosmos Point, Parker, CO 80134-4674
19865064        +  Sean Ruthven, 7206 Inverness Drive, West Jordan, UT 84084-3555
19865065        +  Segmento.io, Inc., Michelle Lacorda, 101 Spear St., San Francisco, CA 94105-1559
19865066        +  Senad Mehmedovic, 253 Spring Street, Apt 1, Medford, MA 02155-2851
19865067        +  Shalabh Moonat, 618 Willow Street, Apt G, Alameda, CA 94501-5733
19865068        +  Shannon Sunwoo, 4526 Coldwater Canyon Avenue, 304, Studio City, CA 91604-1066
19865069        +  Sharon Brown, 70 Holmes Avenue, Hartsdale, NY 10530-1335
19865070           Shibumi Strategy Ltd, 2 Har Sinai St., Tel Aviv, Israel
19913561        +  Shytter L.L.C, 8838 Black Oak Ct NE, Albuquerque, NM 87122-2964
19865072        +  Signal Hire, 801 Garden Street, Suite 201, Santa Barbara, CA 93101-7501
19942042        +  Silenium.ai, 6804 Jody Ave S, Cottage Grove, MN 55016-5061
19865075        +  Sitrick Group LLC, 11999 San Vicente Blvd, Suite 400, Los Angeles, CA 90049-5131
19865077        +  Sofia Karler, 10255 Dover Street, Apt. 336, Broomfield, CO 80021-3986
19865078       #+  Statista Inc., 3 World Trade Center, 36th Fl., 175 Greenwich St., New York, NY 10007-2784
19865079        +  Stoplight, Inc., 411 W. Monroe St. #31, Austin, TX 78704-3025
19865080        +  Stott Consultancy Inc., 1999 Bryan St., Suite 900, Dallas, TX 75201-3140
19915244           Surbhit Varma, B-46, Govind Narayan Singh Model town, C, Bhopal, Madhya Pradesh, 462016, India
19865082           Susan Truskey, 37 Fern Street, Lake Harmony, PA 18624
19865083        +  Suzanne Lee, 13221 San Antonio Drive, Norwalk, CA 90650-2968
19865084        +  Svam International, Inc., Attn: Vineet Singh, 233 East Shore Road Suite 201, Great Neck, NY 11023-2433
19865085        +  Sydney Akgun, 72 Nashua Street, Woburn, MA 01801-5206
19865086        +  T & M USA LLC, 230 Park Avenue, Rm 440, New York, NY 10169-0400
19914393        +  TORY, LLC, 1707 Post Oak Blvd #595, Houston, TX 77056-3801
19865087           Tal Dror, Melchett 44, Tel Aviv, Israel
19865088        +  Talend, Inc, 400 El Camino Real, Suite 1400, San Mateo, CA 94402-1740
19865089        +  Talkdesk, 120 Hawthorne Ave., Palo Alto, CA 94301-1035
19865090        +  Tatvasoft US LLC, Attn: Kamal Sharma, 518 Ambrose Drive, Plano, TX 75094-4211
19865091        +  Tayven Aloi, 2902 Tangent Peak Road, Magna, UT 84044-1790
19865092        +  The Dcode Group, Inc., 2000 Pennsylvania Ave NW 7th Fl, Washington, DC 20006-1812
19865094        +  The Retirement Company, Inc., dba The Ryding Company, 2659 Townsgate Road Suite 91361-2797
19865095        +  Tim Gray, 1026 Azure Way, Louisville, CO 80027-2465
19865096        +  Tim Kreiner, 2413 Crown Court, Carrollton, TX 75006-2223
19865097        +  Toll Brothers, 200 Airport Road, Suite 202, Lakewood, NJ 08701-7040
19865098       #+  True Capital Partners LLC, 56N. Haddon Ave., Haddonfield, NJ 08033-2438
19865099        +  Twilio Inc., 101 Spear Street, Suite 500, San Francisco, CA 94105-1559
19865100        +  UTS Inc., 1209 Orange Street, Wilmington, DE 19801-1120
19865101        +  Vahe Torossian, 9553 Lake Washington Blvd. Northeast, Bellevue, WA 98004-5408
19865102        +  Variacode INC, 95 3rd St., San Francisco, CA 94103-3103
19865103        +  Vcorp Services, Suite 204, 25 Robert Pitt Drive, Monsey, NY 10952-3366
19865104           Ver Se Innovation Private Limited, 14th Main Road, #6, HSR Layout, 5th Sector Banlore, India 29
19865105       #+  Vertisystem Inc., 39300 Civic Center Dr., Fremont, CA 94538-2324
19865106        +  Vida Martsolf, 2062 Holly Branch Court, Santa Clara, CA 95050-3487
19865107           Viola Credit GL II, Limited Partnership, Attn: Ido Vigdor and Omer Shani, 12 Abba Eben Blvd., Herzliya Pituach, Israel
```

Case 25-10984-CTG   Doc 34   Filed 08/29/25   Page 6 of 8

| District/off: 0311-1 | User: admin | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Aug 27, 2025 | Form ID: van043 | Total Noticed: 253 |

| | | |
|---|---|---|
| 19865108 | | Viola Credit Partners Management Limited, 12 ABBA EVAN AVENUE, HERZLIYA, ISRAEL |
| 19865115 | + | WYNN ENCORE, 3121 Las Vegas Blvd., Las Vegas, NV 89109-1967 |
| 19865110 | | WeWork UK Limited, 119 Marylebone Road, London, United Kingdom |
| 19865109 | + | Weston Sandberg, 90 Carrington Lane, Centerville, UT 84014-1275 |
| 19865111 | + | Wex Health, Inc., PO Box 869, Fargo, ND 58107-0869 |
| 19909800 | + | Willie Henderson, 2800 Agueda Place, Henderson, NV 89044-1962 |
| 19865112 | + | Wing AI Technologies, Inc., 2035 Sunset Lake Road, Suite B-2, Newark, DE 19702-2600 |
| 19865113 | + | Winning by Design, LLC, 650 Castro Street, Suite 120-252, Mountain View, CA 94041-2055 |
| 19865114 | #+ | Writer, Inc., 140 Geary Street, Suite 800, San Francisco, CA 94108-5619 |
| 19894328 | + | YANUNE LLC /GIGCHASERS, 2245 Wisteria Dr SW Suite 200 #1041,, Snellville, GA 30078-2655 |
| 19865116 | + | Yahoo Ad Tech LLC, Damian Benstead, 14010 FNB Parkway, Omaha, NE 68154-5206 |
| 19865117 | + | Zip Recruiter, Jon Munkholm, 1455 Market Street, San Francisco, CA 94103-1331 |
| 19865118 | + | Zoom Video Communications Inc., 55 Almaden Blvd., San Jose, CA 95113-1685 |

TOTAL: 241

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 19949334 | | Email/PDF: bncnotices@becket-lee.com | Aug 27 2025 20:18:59 | AMEX TRS Co., Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 19864881 | ^ | MEBN | Aug 27 2025 20:07:28 | Altus Receivables Management, Inc, Joel Velasques, 2121 Airline Drive, Suite 520, Metairie, LA 70001-5987 |
| 19864899 | + | Email/Text: BSCSubpoenaInquiries@blueshieldca.com | Aug 27 2025 20:11:00 | Blue Shield of California, 601 12th Street, Oakland, CA 94607-3613 |
| 19949350 | + | Email/Text: newellj@ballardspahr.com | Aug 27 2025 20:11:00 | Brex, Inc., c/o Joel F. Newell, Ballard Spahr LLP, 1 E. Washington St, Suite 2300, Phoenix, AZ 85004-2555 |
| 19867559 | + | Email/Text: michael.brittingham@delaware.gov | Aug 27 2025 20:11:00 | Department of Labor, Division of Unemployment Insurance, P.O. Box 9953, Wilmington, DE 19809-0953 |
| 19864940 | + | Email/Text: billing@docusign.com | Aug 27 2025 20:12:00 | DocuSign, Inc., 221 Main Street, Suite 1000, San Francisco, CA 94105-1925 |
| 19864955 | + | Email/Text: bankruptcy@fisherphillips.com | Aug 27 2025 20:11:00 | Fisher and Phillips LLP, 1075 Peachtree St, NE, Atlanta, GA 30309-3900 |
| 19864964 | ^ | MEBN | Aug 27 2025 20:07:32 | Google LLC, 1600 Amphitheatre Pkwy, Mountain View, CA 94043-1351 |
| 19949349 | + | Email/Text: newellj@ballardspahr.com | Aug 27 2025 20:11:00 | Joel F. Newell, Ballard Spahr LLP, 1 E. Washington St, Suite 2300, Phoenix, AZ 85004-2555 |
| 19865003 | ^ | MEBN | Aug 27 2025 20:07:35 | LINKEDIN, Bill Minor, 1000 W. Maude Ave., Sunnyvale, CA 94085-2810 |
| 19865015 | + | Email/Text: celabnc@microsoft.com | Aug 27 2025 20:11:00 | Microsoft Corporation, One Microsoft Way, Redmond, WA 98052-8300 |
| 19867558 | + | Email/Text: REV_Bankruptcy_General@state.de.us | Aug 27 2025 20:11:00 | State of Delaware, Division of Revenue, 820 N. French Street, 8th Floor, Wilmington, DE 19801-3509 |
| 19865093 | | Email/Text: bankruptcycollectionsunit@thehartford.com | Aug 27 2025 20:11:00 | The Hartford, One Hartford Plaza, Hartford, CT 06155 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0311-1 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Aug 27, 2025 | Form ID: van043 | Total Noticed: 253 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19864876 | | African Technology Innovation Hubs, No. 18 Khartoum St. Wise Zone 5, Abuja Federal Capital Territory 900285 A |
| 19864877 | | Agustina Lanuza, 23 Macaria Avenue Pacita Complex 1, San Pedro Laguna 4023 Philipines |
| 19864895 | | Bachmann Attorneys-at-Law Ltd., Leonie Kuhn Bachmann Rechtsanwite AG, Schulhausstrasse 14 Postfach, 8027 Zavri |
| 19949359 | | Engineer.ai Corp. |
| 19864953 | | Fenchurch Global Limited, Edward Gooda Fenchurch Global Limited, 38 Hexham Close Worth W. Sussex RH 107TZ |
| 19864960 | | GoCardless Ltd, 14 Mabilis St. Brgy. Pinyahan, Quezon Metro Manila 1100 Philippines |
| 19865000 | | Kristine E Mascardo, Block 7 Lot 3 Agan East II, Koronadal City South Cotabato 9506 Phili |
| 19865028 | | NOVENTIQ SERVICES INDIA PRIVATE LIMITED, Amit Kumar SDF No. C-08 F, Noida Dadri Road Phase II Gautam Buddha |
| 19865039 | | Prashanth Sridhar, 4 Harrovian House 2 A Woodlands Road, Harrow HA12AZ Greater London United King |
| 19865041 | | Quark Media Tech Pvt Ltd, Wing E 11 Helios Business Park, Yemalur Road Bengaluru 29-KA 560103 Indi |
| 19864884 | ##+ | Andrew Maltsev, 9769 Kalina Way, 207, Sandy, UT 84092-1234 |
| 19864885 | ##+ | Andy Pham, 4510 Clover Dr, Eau Claire, WI 54701-7979 |
| 19864934 | ##+ | Dewitt LLP, Connor Wojcieszak, 2E Miffin Street, Madison, WI 53703-2865 |
| 19864937 | ##+ | Dionna Arimes, 2186 Bush Street, San Francisco, CA 94115-3104 |
| 19864999 | ##+ | Krister Axel, 3627 County Route 6, Hammond, NY 13646-4139 |
| 19865005 | ##+ | Loliware, Chelsea Briganti, 36 Mason Circle, Beacon, NY 12508-2144 |
| 19865033 | ##+ | Patrick Donnelly, 4004 Fairway Drive, Gibsonia, PA 15044-6125 |
| 19865036 | ##+ | Peyton Young, 563 Marine Street, Apt. A, La Jolla, CA 92037-5007 |
| 19865071 | ##+ | SHIFT Communications, Mayde Yang, 120 St. James Avenue, Boston, MA 02116-5001 |
| 19865063 | ##+ | Sean Ricucci, 125 Northeast 32nd St 1617, Miami, FL 33137-4353 |
| 19865074 | ##+ | Siosiua Militoni, 532 South 1080 West, American Fork, UT 84003-4452 |
| 19865081 | ##+ | Sunshine Sachs Morgan & Lylis, 136 Madison Avenue, 17th Fl., New York, NY 10016-6734 |

TOTAL: 10 Undeliverable, 0 Duplicate, 12 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 29, 2025                               Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron S. Applebaum | on behalf of Interested Party Viola Credit Partners Management  Limited Partnership aaron.applebaum@us.dlapiper.com, carolyn.fox@us.dlapiper.com;DLAPiper@ecfxmail.com |
| Alan Michael Root | on behalf of Trustee David W. Carickhoff root@chipmanbrown.com aroot51@hotmail.com;fusco@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com;dero@chipmanbrown.com |
| Craig Solomon Ganz | on behalf of Creditor Brex  Inc. ganzc@ballardspahr.com, PHXDocketingbkr@ballardspahr.com;PHXLitLAAs@ballardspahr.com |
| David W. Carickhoff | carickhoff@chipmanbrown.com DE20@ecfcbis.com |
| Joel F. Newell | on behalf of Creditor Brex  Inc. newellj@ballardspahr.com |

District/off: 0311-1 | User: admin | Page 7 of 7
Date Rcvd: Aug 27, 2025 | Form ID: van043 | Total Noticed: 253

| | |
|---|---|
| Joseph M Mulvihill | on behalf of Debtor Engineer.ai Corp. jmulvihill@ycst.com bankfilings@ycst.com |
| Kameron Neil Fleming | on behalf of Creditor UTS Inc. kameron.fleming@hklaw.com |
| Kameron Neil Fleming | on behalf of Debtor Engineer.ai Corp. kameron.fleming@hklaw.com |
| Linda J. Casey | on behalf of U.S. Trustee U.S. Trustee Linda.Casey@usdoj.gov |
| Matthew B. Goeller | on behalf of Interested Party Amazon Web Services matthew.goeller@klgates.com cass.barlatier@klgates.com |
| Michael J. Gearin | on behalf of Interested Party Amazon Web Services michael.gearin@klgates.com bankruptcyecf@klgates.com |
| Nicholas J. Brannick | on behalf of Creditor Brex Inc. brannickn@ballardspahr.com, friedmanm@ballardspahr.com |
| Steven L. Caponi | on behalf of Interested Party Amazon Web Services steven.caponi@klgates.com |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| W. Keith Fendrick | on behalf of Creditor UTS Inc. keith.fendrick@hklaw.com andrea.olson@hklaw.com;joann.colon@hklaw.com |

TOTAL: 15