# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Engineer.ai Corp.,<br><br>               Debtor. | Chapter 7<br><br>Case No. 25-10984 (CTG) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 7, 2025 AT 1:00 P.M. (EASTERN TIME)

**THE HEARING HAS BEEN CANCELLED AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

### ADJOURNED MATTER:

1. Supplemental Application of the Chapter 7 Trustee for Entry of an Order Expanding the Scope of the Trustee's Employment of Chipman Brown Cicero & Cole, LLP as Special Litigation Counsel, Effective as of June 11, 2025, filed on September 5, 2025 [D.I. 35]

   <u>Objection Deadline</u>:  September 19, 2025, at 4:00 p.m.

   <u>Responses</u>:  Informal comments from the Office of the United States Trustee

   <u>Related Documents</u>:  None

   <u>Status</u>: The hearing has been adjourned. A proposed form of order will be submitted under certification of counsel or a new hearing date will be requested.

Dated: October 3, 2025

CHIPMAN BROWN CICERO & COLE, LLP

*/s/ Bryan J. Hall*
Bryan J. Hall (No. 6285)
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
(302) 295-0191
(302) 295-0199 (fax)
hall@chipmanbrown.com

*Counsel to the Chapter 7 Trustee*

## **CERTIFICATE OF SERVICE**

I, Bryan J. Hall, hereby certify that, on October 3, 2025, I caused to be served a true and correct copy of the foregoing Notice of Agenda (i) by CM/ECF upon all parties registered to receive such notices in this case, (ii) by email upon the following parties:

| | | |
|---|---|---|
| Linda J. Casey | Office of the United States Trustee | linda.casey@usdoj.gov |
| Michael Gearin | K&L Gates LLP | mike.gearin@klgates.com |
| Brian T. Peterson | K&L Gates LLP | brian.peterson@klgates.com |
| Steven L. Caponi | K&L Gates LLP | steven.caponi@klgates.com |
| Matthew B. Goeller | K&L Gates LLP | matthew.goeller@klgates.com |
| Aaron Applebaum | DLA Piper LLP (US) | aaron.applebaum@us.dlapiper.com |
| Eric D. Goldberg | DLA Piper LLP (US) | eric.goldberg@us.dlapiper.com |
| W. Keith Fendrick | Holland & Knight LLP | keith.fendrick@hklaw.com |
| Nicholas J. Brannick | Ballard Spahr LLP | brannickn@ballardspahr.com |
| Craig Solomon Ganz | Ballard Spahr LLP | ganzc@ballardspahr.com |
| Joel F. Newell | Ballard Spahr LLP | newellj@ballardspahr.com |
| Muhammad Humzah Shareif | | muhammad@cooksyapp.com; humzah3d@outlook.com |

and (iii) by first class mail upon the following parties:

Muhammad Humzah Shareif
4674 Cecile Rd.
Plano, TX 75024

AMEX TRS Co., Inc.
c/o Becket & Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701
Attn: Shraddha Bharatia, Claims Administrator

                                                            */s/ Bryan J. Hall*
                                                            Bryan J. Hall (No. 6285)