**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| ENGINEER.AI CORP., | Case No. 25-10984 (CTG) |
| Debtor. | **Obj. Deadline: April 30, 2026 at 4:00 p.m. (ET)**<br>**Hearing Date: May 12, 2026 at 2:00 p.m. (ET)** |
| DAVID W. CARICKHOFF, solely in his capacity as the Chapter 7 Trustee of the estate of Engineer.ai Corp., | |
| Plaintiff, | Adv. Proc. No. 25-52437 (CTG) |
| -against- | |
| TALKDESK, INC., | |
| Defendant. | |

**NOTICE OF MOTION OF THE CHAPTER 7 TRUSTEE FOR ENTRY OF AN
ORDER APPROVING SETTLEMENT WITH TALKDESK, INC.
PURSUANT TO FED. R. BANKR. P. 9019**

PLEASE TAKE NOTICE that David W. Carickhoff, solely in his capacity as the Chapter 7 Trustee of the above-captioned Debtor and Plaintiff in the above-captioned adversary proceeding, has filed the *Motion of the Chapter 7 Trustee for Entry of an Order Approving Settlement with Talkdesk, Inc. Pursuant to Fed. R. Bankr. P. 9019* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

Any responses or objections to the Motion must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel by email on or before **April 30, 2026 at 4:00 p.m. (prevailing Eastern Time).** Copies of the Motion are available upon written request to the undersigned.

If an objection is timely filed, a hearing on the Motion will be held on **May 12, 2026 at 2:00 p.m. (prevailing Eastern Time)** before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Courtroom #7, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that if no objection is filed timely and in accordance with the procedures set forth above, the Bankruptcy Court may enter an order approving the Motion without further notice or hearing.

Dated: April 16, 2026

CHIPMAN BROWN CICERO & COLE, LLP

*/s/ Bryan J. Hall*
Bryan J. Hall (No. 6285)
Mariska Suparman (No. 7271)
Aaron J. Bach (No. 7364)
1313 N. Market Street, Suite 5400
Wilmington, Delaware 19801
(302) 295-0191
(302) 295-0199 (fax)
hall@chipmanbrown.com
suparman@chipmanbrown.com
bach@chipmanbrown.com

-and-

Adam D. Cole, Esq.
420 Lexington Avenue, Suite 442
New York, New York 10170
(646) 685-8363
cole@chipmanbrown.com

*Counsel to the Plaintiff Chapter 7 Trustee*

2